# EXHIBIT 7

# Good News Club





### Bible lesson, Bible verse, song and games
Sponsored by Saucon Community Church and Child Evangelism Fellowship

**Location:** Saucon Valley Middle School Large Group Instruction Room
**Dates:** Thursdays for 5 weeks, Mar 10 through Apr 7
**Time:** Dismissal until 5 PM

**COVID 19:** If your child is sick please do not have them attend club. The club will comply with the current mask requirement approved by the school. Children will be spaced out during the program 3 to 6 feet apart.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Cut here

## CHILD INFORMATION

**PLEASE PRINT**
Child's Name _____ Grade _____
Address _____
City _____ State _____ Zip _____
Email _____ Work Ph# _____
Parent/Guardian(s) _____ Cell/Home Phone _____
Child's Allergies (peanuts, etc.) _____ Church _____
The following persons are allowed to pick up my child in the event that I cannot_____.
Emergency contact/ph# _____

### Parental Permission

_____ (child's name) has my permission to attend the Good News club each week. I give promise not to hold CEF of Pa Greater Lehigh Valley chapter, its staff/volunteers, the host church and its volunteers responsible for any injuries or sickness that occurs as a result of attending this club  I also give permission for my child's voice and image to be included in club photos/videos for promotional purposes.

_____          _____
Parent/Guardian Signature                              Date