

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA  19422-3001
Tel 610.397.6500  Fax 610.397.0450
WWW.FOXROTHSCHILD.COM

MARK W. FITZGERALD
Direct No: 610.397.7981
Email: MFitzgerald@FoxRothschild.com

April 1, 2023

**VIA ECF AND ELECTRONIC MAIL**

The Hon. John M. Gallagher, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
Edward N. Cahn Courthouse & Federal Bldg.
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

      Re:    **The Satanic Temple, Inc. v. Saucon Valley School District**
                   **Docket No. 5:23-cv-01244-JMG**

Dear Judge Gallagher:

      We represent Defendant, the Saucon Valley School District ("District"), and are in receipt of Your Honor's Order directing the District to respond to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction no later than 2:00 p.m. on Tuesday, April 4, 2023.

      We respectfully request that the District have until Monday, April 10, 2023, to file its response to Plaintiff's Motion. Although we recognize that a Motion for a Temporary Restraining Order typically is considered on an expedited basis, that is in part because the moving party has also acted on an expedited basis. That is not the case here.

      The action Plaintiff challenges occurred on Friday, February 24, 2023, yet Plaintiff waited over a month to file its Complaint challenging this action and did not file its Motion for a Temporary Restraining Order and/or Preliminary Injunction until 11:22 p.m. last night.

      Given Plaintiff's demonstrated lack of urgency and the fact that Plaintiff likely took a month to draft its Complaint and the pending Motion, we do not believe Plaintiff would be prejudiced if this matter is delayed by a mere six (6) days, particularly since we are on the cusp

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington
144270573.1

Case 5:23-cv-01244-JMG   Document 13   Filed 04/01/23   Page 2 of 2



VIA ECF AND ELECTRONIC MAIL
The Hon. John M. Gallagher, U.S.D.J.
April 1, 2023
Page 2

of a holiday week with Passover commencing on Wednesday, April 5, Holy Thursday on April 6, Good Friday on April 7, and Easter on April 9.

Further, counsel for the District will be unavailable all day on Tuesday, April 4, the day the District's response is currently due, because of long-scheduled commitments in other matters: a conciliation with the Pennsylvania Labor Relations Board and a labor arbitration hearing.

For all of the above reasons, the District respectfully requests that it be granted an additional six (6) days to file its response to Plaintiff's Motion. The District sought consent to this proposed briefing schedule from Plaintiff's counsel, but they did not consent.

Thank you for your kind consideration of this request.

Respectfully submitted,

Mark W. Fitzgerald

Cc:   All counsel of record (via ECF and electronic mail)

144270573.1