# EXHIBIT A

**assc thesatanictemple.com** <assc@thesatanictemple.com>  Wed, Feb 15, 2023 at 7:15 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
Cc: "Facilities.calendar@svpanthers.org" <Facilities.calendar@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Erin Helian <erin@thesatanictemple.com>

Hello Ms. Vlasaty.

Hope you are having a great week. I was hoping to have an update on the approval of our Facility Use Application, soon.

An update would be greatly appreciated.
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

*Donate to ASSC*: tst.link/ASSCdonate
*Shop ASSC*: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Friday, February 10, 2023 8:21 PM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>
**Cc:** Facilities.calendar@svpanthers.org <Facilities.calendar@svpanthers.org>; Rachel Chambliss <rachel@thesatanictemple.org>; Erin Helian <erin@thesatanictemple.com>
**Subject:** Re: Application Package for Facility Rental Saucon Valley Elementary/Middle School

[Quoted text hidden]
[Quoted text hidden]

**Jaime Vlasaty** <jaime.vlasaty@svpanthers.org>  Thu, Feb 16, 2023 at 9:23 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>

Good Evening-
You should have received formal approval today. If you have not, please let me know.

Please also note that no flyers, etc. can be provided to students/ families. This is a reminder to all non affiliated school organizations. A full outline is located in Board Policy.

If you have any questions, please let me know. Thank you for your communication and I wish the best in the future!

[Quoted text hidden]

**assc thesatanictemple.com** <assc@thesatanictemple.com>  Thu, Feb 16, 2023 at 10:22 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>

Hello!

We did receive approval today! Thank you! I am hoping to hear back from Kathy Florindi soon

regarding some logistics regarding when ASSC volunteers can have access to set-up for ASSC.

I do appreciate being pointed to the Board Policy. Is this the most up-to-date version? https://www.svpanthers.org/cms/lib/PA02203711/Centricity/Domain/495/913%20approved%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.pdf

It appears that one of our parent requestors for ASSC has received Good News Club flyers for their student in their backpack every year for the past 4-5 years (attached). I am very curious to learn how they were able to do this, considering the policy was last updated on 4/27/2020?

It appears that according to the policy under, "Non-School Materials" (referenced on page 3 above) that "The Board requires that non-school organizations, groups, or individuals who wish to distribute or post non-school materials on school property ***shall submit them to the building principal.*** The building principal shall inform the Superintendent or designee of requests received from non-school organizations, groups, and individuals. Prohibited activities and materials shall not be permitted. If approval is granted by the building principal, the non-school organization, group, or individual shall comply with Board policy and administrative regulations, and the district's time, manner, and place restrictions for distribution and posting of materials. Materials issued by non-school organizations, group, or individuals shall not be distributed during instructional time or school-sponsored activities."

I'm assuming that sending the permission slips home in a take-home folder meets the part about, "Materials issued by non-school organizations, group, or individuals shall not be distributed during instructional time or school-sponsored activities." Is this how the Good News Club permission slips manage to go home every year?

I would greatly appreciate an explanation. Truly—thank you for your communication as well. It has been most pleasant!

June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Thursday, February 16, 2023 7:23 PM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>

[Quoted text hidden]

[Quoted text hidden]



**Good News Club.jpg**
2656K

**Jaime Vlasaty** <jaime.vlasaty@svpanthers.org>    Thu, Feb 16, 2023 at 11:12 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>

Good Evening-

I am new to the Superintendent role- first year. I realized that this was not being followed by our building administrators consistently and has since been resolved. I have been told by the Good News Club organization that this has happened in the past as well when we conveyed that they were not to be distributing the forms. As you can imagine, the Good News Club along with other clubs/ organizations were not happy at all.

If the community members receive one of these, please have them reach out to me or to the building principal as this would not have been through them and will need to be resolved immediately.

Please let me know if you have further questions, my "email" is always open!😁

[Quoted text hidden]

**assc thesatanictemple.com** <assc@thesatanictemple.com>    Fri, Feb 17, 2023 at 11:40 AM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>

Hello!

I truly appreciate your reply, and understand.  As long as everyone is under equal treatment moving forward—I am all for it!

I will be sure to let our parents know to reach out to you should they receive a GNC flyer.

We will proceed forward with promoting the club through our local congregation in the area, and local supporters.

Also, I did hear back from Kathy and she explained she is unable to help me with some of the questions that I had regarding some of the logistics.  Do you mind pointing me in the right direction to have these questions answered so that we can plan accordingly? Should I reach out to the school principal?
Thank you!

J*ust a few questions that I would greatly appreciate answers to.*

*What time can our ASSC volunteers enter the school for club set-up? We would like to be set and*

*ready to go to meet the students when they show up after dismissal. Is there anything required from ASSC volunteers from the front office to be cleared/allowed entry?*

*If there are any other details that we need to know in order to prepare for our first meeting, please let me know.*

*Thank you!*

*June Everett (She/Her/Hers)*
*Campaign Director, After School Satan Club (ASSC)*
*Ordained Minister of The Satanic Temple*
*https://thesatanictemple.com/pages/after-school-satan*

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

---

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Thursday, February 16, 2023 9:12 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jaime Vlasaty** <jaime.vlasaty@svpanthers.org>     Mon, Feb 20, 2023 at 1:00 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Lensi Nikolov <lensi.nikolov@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>

Good Afternoon-

The volunteers will not be able to access the building for set up until after dismissal.
I have included the principals of both the elementary school and middle school so they are aware.
If you have communicated with facilities and they have reserved an area for you, they will have everything set up as you preferred.

If you have any more questions, specific to the building, they can assist you.

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>     Mon, Feb 20, 2023 at 4:56 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
Cc: Lensi Nikolov <lensi.nikolov@svpanthers.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>

Hello All!

This should be fine, we just want to ensure there aren't students that are left without adult supervision before our volunteers can arrive. This is exactly what happened at our club in California and it was not good.

I have copied in Susannah Plumb who will be driving in to assist our volunteers with the first club launch.

Is there anything else you need from us? What would be the exact time you would like us to be at the school so that we can enter the building?

Thank you!
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Monday, February 20, 2023 11:00 AM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>
**Cc:** Lensi Nikolov <lensi.nikolov@svpanthers.org>; Amy Braxmeier <amy.braxmeier@svpanthers.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Amy Braxmeier** <amy.braxmeier@svpanthers.org>                          Mon, Feb 20, 2023 at 7:16 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Students at the elementary school are not out of the building until between 3:20 and 3:30.

I don't know if the club is in the elementary or middle school.  Middle school students are dismissed earlier.

Thanks, Amy

Sent from my iPhone

> On Feb 20, 2023, at 4:56 PM, assc thesatanictemple.com <assc@thesatanictemple.com> wrote:
>
> [Quoted text hidden]

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>                 Mon, Feb 20, 2023 at 7:27 PM
To: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
Cc: Lensi Nikolov <lensi.nikolov@svpanthers.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

We have in our permission slip that we will be in the LGI room in the Middle School, and will be there to greet students at 3:05 as this is the requested start time, and approved time in our Facility Use

Application (attached).

Please confirm.
Thank you.
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Amy Braxmeier <amy.braxmeier@svpanthers.org>
**Sent:** Monday, February 20, 2023 5:16 PM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>
**Cc:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>; Lensi Nikolov <lensi.nikolov@svpanthers.org>; Susannah Plumb <susannah.plumb@thesatanictemple.org>

[Quoted text hidden]

[Quoted text hidden]

 **After School Satan Club - Permission Slip - signed (40).pdf**
5601K

---

**Jaime Vlasaty** <jaime.vlasaty@svpanthers.org>    Mon, Feb 20, 2023 at 7:40 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

June-
Elementary students will not be dismissed until 3:20 - 3:30 for elementary school.
Middle School gets dismissed quite earlier and students are not allowed to stay in the building. I do not know who the intended age group is but middle school students will not be able to stick around until the start time as per our security procedures.
If I can be of any additional assistance, please let me know.

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>    Mon, Feb 20, 2023 at 7:47 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
Cc: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hi Ms. Vlasaty.

Okay—what do you propose/suggest we do, here?  All ages are welcome.  We need to change our permission slip immediately in order to minimize any confusion.

Thanks.

June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

---

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Monday, February 20, 2023 5:40 PM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>
**Cc:** Amy Braxmeier <amy.braxmeier@svpanthers.org>; Lensi Nikolov <lensi.nikolov@svpanthers.org>; Susannah Plumb <susannah.plumb@thesatanictemple.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Jaime Vlasaty** <jaime.vlasaty@svpanthers.org>                                  Mon, Feb 20, 2023 at 7:59 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Good Evening-

We simply approve the applications based on the times/ dates that are provided by any organization. Your organization will need to determine if there will be different times/ dates that you will need to accommodate your intended audience. You will then need to send these dates/ times to facilities as revised dates/ times to ensure that your reserved location is available and if not, if there is another location that meets your dates/ times.

The sooner this is done, the sooner you can revise your parent permission slips.

Thanks so much!

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>                         Mon, Feb 20, 2023 at 8:02 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
Cc: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hello!

Since we will be in the Middle School building, I'm assuming we are allowed to enter the middle school building once the middle school is dismissed, is this correct?  What time is middle school dismissed, and we will plan to enter the building at that time.  We will then meet the elementary school students who come over to the middle school, and dismiss them with their parents/legal guardians at 4:30 as stated in the application.

Thanks.
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Monday, February 20, 2023 5:59 PM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>
**Cc:** Amy Braxmeier <amy.braxmeier@svpanthers.org>; Lensi Nikolov <lensi.nikolov@svpanthers.org>; Rachel Chambliss <rachel@thesatanictemple.org>; Susannah Plumb <susannah.plumb@thesatanictemple.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Jaime Vlasaty** <jaime.vlasaty@svpanthers.org>                                                       Mon, Feb 20, 2023 at 8:08 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Good Evening-
The students at the middle school are dismissed at 2:25 and should be departing soon after. You will still need to contact facilities since some of our rooms are used between 2:25- 3:00 by teacher groups and teachers are still there until then.

If you need anything else, please let myself or a principal know.

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>                                              Mon, Feb 20, 2023 at 8:19 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Kathy Florindi <kathy.florindi@svpanthers.org>
Cc: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hello Ms. Florindi!

I just wanted to confirm that we will have access to the LGI room at the middle school at 3:00-3:05 on club dates. I understand the middle school kiddos dismiss at 2:25, and we will have time to wait for the elementary school kids to be dismissed for club to start at 3:30 until 4:30 PM.

Can you please confirm?
Thank you.

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)

Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Monday, February 20, 2023 6:08 PM

[Quoted text hidden]

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>    Mon, Feb 20, 2023 at 8:21 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>

Hello.

Quick question.

If we have signed permission slips for middle school children, are they allowed to meet us at 3:00 PM in the Middle School LGI room, correct? I can advise parents that they will need to leave the school and come back, should they wish to attend club as our volunteers won't be in the room until 3:00.

Thank you!
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Monday, February 20, 2023 6:08 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jaime Vlasaty** <jaime.vlasaty@svpanthers.org>    Mon, Feb 20, 2023 at 8:30 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Kathy Florindi <kathy.florindi@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Good Evening-
You will need to have volunteers there earlier at dismissal for the students to remain in the building until that time.

You will also need to reserve a room at the said time if it is earlier than your application stated.

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>  Mon, Feb 20, 2023 at 8:32 PM
To: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Kathy Florindi <kathy.florindi@svpanthers.org>
Cc: Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Ahh Okay.

Glad we are sorting this all out, now. Apologies for all the emails.

Kathy—can we have access to the LGI room starting at 2:30-2:35 after middle school dismissal, as I do believe we will have middle school kids joining us.

Thank you!
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

---

**From:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
**Sent:** Monday, February 20, 2023 6:30 PM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>
**Cc:** Kathy Florindi <kathy.florindi@svpanthers.org>; Amy Braxmeier <amy.braxmeier@svpanthers.org>; Lensi Nikolov <lensi.nikolov@svpanthers.org>; Rachel Chambliss <rachel@thesatanictemple.org>; Susannah Plumb <susannah.plumb@thesatanictemple.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Kathy Florindi** <kathy.florindi@svpanthers.org>  Tue, Feb 21, 2023 at 8:48 AM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Good Morning,
Yes, you have access to the MS LGI at 3:00 until 4:30 pm on the dates you requested.

Thank you,
Kathy Florindi
[Quoted text hidden]

--
Kathy A. Florindi
Administrative Assistant to the Supervisor of Campus Operations
Saucon Valley School District

2097 Polk Valley Rd
Hellertown, PA 18055
610-838-7001  x1201

[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>   Tue, Feb 21, 2023 at 9:29 AM
To: Kathy Florindi <kathy.florindi@svpanthers.org>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hi Kathy!

Not to complicate things, but is the room avalaible earlier on our requested dates? I believe we will have some middle school kids wishing to join.  If not, we can have them come back at 3.

Thank you!
June


June Everett
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

**From:** Kathy Florindi <kathy.florindi@svpanthers.org>
**Sent:** Tuesday, February 21, 2023 6:48 AM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>
**Cc:** Jaime Vlasaty <jaime.vlasaty@svpanthers.org>; Amy Braxmeier <amy.braxmeier@svpanthers.org>; Lensi Nikolov <lensi.nikolov@svpanthers.org>; Rachel Chambliss <rachel@thesatanictemple.org>; Susannah Plumb <susannah.plumb@thesatanictemple.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Kathy Florindi** <kathy.florindi@svpanthers.org>   Thu, Feb 23, 2023 at 2:46 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hello June,
What time are you looking to come in?  There won't be any custodial coverage for the room until 3.

Thank you,
Kathy
[Quoted text hidden]

---

**assc thesatanictemple.com** <assc@thesatanictemple.com>   Thu, Feb 23, 2023 at 2:53 PM
To: Kathy Florindi <kathy.florindi@svpanthers.org>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb

svpanthers.org Mail - Application Package for Facility Rental Saucon Valley Elementary/Middle School
Case 5:23-cv-01244-JMG Document 27-2 Filed 04/11/23 Page 13 of 14
3/31/23, 5:49 PM

<susannah.plumb@thesatanictemple.org>

Hi Kathy!

2:30 PM would be perfect so that we can greet the middle school kiddos. No worries on the custodian, we shouldn't require anything but the lights being on, and tables/chairs.

Thanks again.
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Kathy Florindi <kathy.florindi@svpanthers.org>
**Sent:** Thursday, February 23, 2023 12:46 PM
**To:** assc thesatanictemple.com <assc@thesatanictemple.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Kathy Florindi** <kathy.florindi@svpanthers.org>     Thu, Feb 23, 2023 at 3:04 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hi June,

I changed your time to 2:30 and you are still ending at 4:30. The light switches are on the wall, the custodian will be there at 3 to set up tables. Chairs are in the room already.

[Quoted text hidden]

---

**Kathy Florindi** <kathy.florindi@svpanthers.org>     Thu, Feb 23, 2023 at 3:07 PM
To: "assc thesatanictemple.com" <assc@thesatanictemple.com>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hi June,
One more thing. Please sign in at the Main Office in the MS as you will be coming in as children are still in the building.

thank you,
Kathy

[Quoted text hidden]

**assc thesatanictemple.com** <assc@thesatanictemple.com>  Thu, Feb 23, 2023 at 3:19 PM
To: Kathy Florindi <kathy.florindi@svpanthers.org>
Cc: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>, Amy Braxmeier <amy.braxmeier@svpanthers.org>, Lensi Nikolov <lensi.nikolov@svpanthers.org>, Rachel Chambliss <rachel@thesatanictemple.org>, Susannah Plumb <susannah.plumb@thesatanictemple.org>

Hi Kathy!

I have also received your email regarding the light switches and tables/chairs, and our volunteers will plan to arrive at 2:30 PM at the Middle School entrance.   Thank you.

We will be sure to check in at the middle school front office for each club meeting day.

Thank you again, and please reach out any time.
June

June Everett (She/Her/Hers)
Campaign Director, After School Satan Club (ASSC)
Ordained Minister of The Satanic Temple
https://thesatanictemple.com/pages/after-school-satan

***Donate to ASSC***: tst.link/ASSCdonate
***Shop ASSC***: https://thesatanictemple.com/collections/after-school-satan-campaign

**From:** Kathy Florindi <kathy.florindi@svpanthers.org>
**Sent:** Thursday, February 23, 2023 1:07 PM
[Quoted text hidden]

[Quoted text hidden]