# EXHIBIT B



# Invoice

## *Saints Logistics*

341 Dotts St
Pennsburg, PA 18073
(267) 281-0300

Date: 2/24/2023

| | | | |
|---|---|---|---|
| INV 4-2023 | | BILL TO | Saucon Valley School District<br>ATTN: Dave<br>2097 Polk Valley Rd<br>Hellertown Pa 18055 |

| Date | Description | Balance | Amount |
|---|---|---|---|
| 2-13-23/2-24-23 | Security Services 165hrs<br><br>February 23-24, 2023 EMERGENCY SERVICE<br>Break down of hours additional coverage; three additional personnel coverage at 15 hours for two days $3465.00<br>Six additional hours for primary $231.00 | | 6352.50 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 6352.50 |

| Remittance | |
|---|---|
| Due Date | 30Days |
| Amount Due | 9894.50 |