# EXHIBIT C



Jaime Vlasaty <jaime.vlasaty@svpanthers.org>

# Parent Concerns

Thu, Feb 23, 2023 at 9:47 AM

To: jaime.vlasaty@svpanthers.org

Dear Ms. Vlasaty,

I would like to give you some insight on what it is currently like to be a parent of a child that attends the Saucon Valley School District, due to the decisions and actions made by you over the recent days. Today I had to drop my elementary school student off at a school surrounded by police force and security. I had to listen to my 6 year old ask me why there were cops at his school today.  As a mom, this was an incredible disappointment and brought me great sadness.  As soon as I drove away from the school, I cried because my child and myself should not have to go through this. I can't help but think that had you realized the repercussions that your decisions and actions would have had on the Saucon community, and if a proper plan was put into place, this could have been avoided.

Two years ago, my family moved to Lower Saucon, mostly because of the school district. After the incident this week, you now have me second guessing my decision. This district has now let me down as a parent, my son down as a student, and the teachers down as well. My son has had nothing but superb teachers while attending Saucon Valley Elementary School and I can only imagine how they have felt this week. The Saucon Valley name has now been tarnished by your decision. I could go on and on with a list of negative outcomes that were now caused by your decision, but I'd have to guess that you already know all of this. I would like to know what steps are now going to be put in place to make this school district better and prevent future incidents of this magnitude. I'll conclude with let's do better for the children of this district, the families, the teachers, staff, and community members. They deserve much better than what has occurred over the last few days.

Respectfully,



Jaime Vlasaty <jaime.vlasaty@svpanthers.org>

# Parental Concerns

Wed, Feb 22, 2023 at 12:17 PM
To: "jaime.vlasaty@svpanthers.org" <jaime.vlasaty@svpanthers.org>

Hi Jaime,

My name is ▇▇▇▇▇▇▇ and I have twins in 3rd grade. I am very concerned about the safety of my children at the school at this time. What additional security measures are being taken to ensure the safety of my children? At what point do we prioritize the safety and education of our students over a club that is allowed to meet after school? Having to cancel school impacts every family in the district. I understand that the school can not discriminate over the groups that use the building but if it impacts the safety and security of the school, action must be taken. I am unsure of the policies that surround allowing clubs to gather after school, but the board may want to consider the impact these clubs have on the safety and wellbeing of our students. I was at the school for basketball practice last night when it was closed. My children were very scared. They didn't know if it was something like they practice in the Alice drills. In today's world, the district needs to find a way to do better. The safety of our students needs to be a priority.

Thanks,

▇▇▇▇▇▇▇
▇▇▇▇▇▇▇

Sent from Mail for Windows



Jaime Vlasaty <jaime.vlasaty@svpanthers.org>

# Parent Concerns

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                        Wed, Feb 22, 2023 at 11:37 AM

To: Jaime.Vlasaty@svpanthers.org

Hi Jaime,

My name is ▬▬▬▬▬▬▬ and I am an IU teacher in the physical support classroom in the elementary school. The parents of my students are starting to become very concerned about the Satan club along with the threats against the school. What action is the Saucon Valley School District taking to ensure the safety of the students?

Thanks,

▬▬▬▬▬▬
Colonial IU 20
Physical Support Teacher
Saucon Valley School District

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.