# EXHIBIT D

# Hellertown, PA

Public group · 532 members

- Community home
- Events



## Hellertown, PA

**Join group**

| Discussion | Featured | People | Media | Files | Reels |

### Nikki Romy
February 20

Hi Saucon parents!

I've got some fantastic news - Pennsylvania's very first After School Satan Club is launching at Saucon beginning March 8th! All children ages 5-12 are welcome. More details in the permission slip below!

Your kiddos do not have to be students of Saucon Elementary to join the club, and homeschooling students are welcome too! All children are required to have a signed permission slip from a parent or guardian to attend. Any adults attending who are not vetted volunteers must be accompanying a child with a permission slip.

Please reach out with any questions!



280   944   289

Like    Comment    Share

**Top comments**

**Vanessa Marie**
The devil is a liar.
God help us all    36

Like  Reply  Share  6w

↳ Michael Wilson replied · 3 Replies

**Han Nah**
so does this mean our local kids can start saying the pledge of allegiance again in school too?    21

Like  Reply  Share  6w · Edited

↳ Kirsten Antonioli replied · 7 Replies

**Zachary Bachert**
Imagine joining a club named after the dude that took the universes biggest L, just to be edgy.    14

Like  Reply  Share  6w

↳ Ginger Nicole replied · 36 Replies

View more comments    3 of 171

## About

A group to keep people informed of Hellertown activities and surrounding communities. Suggestions for improvement always appreciated.

🌐 **Public**
Anyone can see who's in the group and what they post.

👁 **Visible**
Anyone can find this group.

**Learn more**

### Recent media



**See all**

**Nikki Romy**
February 20 · 🌐

**Hi Saucon parents!**

I've got some fantastic news - Pennsylvania's very first After School Satan Club is launching at Saucon beginning March 8th! All children ages 5-12 are welcome. More details in the permission slip below!

Your kiddos do not have to be students of Saucon Elementary to join the club, and homeschooling students are welcome too! All chi[ldren need a] signed permission slip from a parent or guardian [to attend. Children] who are not vetted volunteers must be accompa[nied by a parent. Permission] slip.

Please reach out with any questions!

All · ❤️ 107 · 😡 84 · 👍 55 · More ▾

 Jolene Palmer — Add Friend
 Adam Hunter — Add Friend
 Cassie Hauser — Add Friend
Matt Long — Add Friend
Nikki Romy — Add Friend
June Everett — Add Friend
Cora Shine



**HEY KIDS! LET[']**
**AFTER SCHOO[L]**
**SCIENCE & COMMUNI[TY]**
**PUZZLES AND GAMES! NAT[URE]**
**CRAFTS! SNACKS**

PARENTS, YOUR C[HILD WILL LEARN:]
• BENEVOLENCE & EMPATHY • CRITI[CAL THINKING]
• CREATIVE EXPRESSION • PERSON[AL SOVEREIGNTY]

THE SATANIC TEMPLE IS A NON-THEISTIC RELIGIO[N THAT]
REPRESENTS A METAPHORICAL CONSTRUCT OF REJ[ECTING TYRANNY OVER THE]
MIND AND SPIRIT. AFTER SCHOOL SATAN CLUB DO[ES NOT ATTEMPT TO CONVERT CHILDREN TO ANY]
RELIGIOUS IDEOLOGY. INSTEAD, THE SATANIC TEMP[LE SUPPORTS CHILDREN TO THINK FOR THEMSELVES.]
ALL AFTER SCHOOL SATAN CLUBS ARE BASED O[N THE SATANIC TEMPLE'S SEVEN]
FUNDAMENTAL TENETS, AND EMPHASIZE A SCIENTIF[IC, RATIONALIST APPROACH.]

**SAUCON VALLEY**
**2097 POLK VALLEY RD,**
DATES: 3/8/2023. 4/12[...]
START TIME: 3:05 PM END: 4:30 PM
LOCATION: LARGE GROUP INSTRUCTION ROOM (IN THE MIDDLE SCHOOL)
SPONSORED BY: THE SATANIC TEMPLE AND REASON ALLIANCE
FOR MORE INFORMATION E-MAIL: ASSC@THESATANICTEMPLE.COM
WEBSITE: TST.LINK/ASSC