# EXHIBIT E

 **The Satanic Temple**
February 23

After School Satan Club is coming to Hellertown, PA! Saucon Valley Middle School will host the first ASSC open to both elementary and middle schoolers!

To register your student for Saucon Valley Middle School's After School Satan Club, please complete our online permission slip: https://tst.link/ASSCSignUp

For more information, visit https://tst.link/ASSC
To support the After School Satan Club, visit https://tst.link/ASSCDonate



7.6K          1.3K comments   1.5K shares