# EXHIBIT F



# HEY KIDS! LET'S HAVE FUN AT AFTER SCHOOL SATAN CLUB!

## SCIENCE PROJECTS! COMMUNITY SERVICE PROJECTS! PUZZLES AND GAMES! NATURE ACTIVITIES! ARTS AND CRAFTS! SNACKS! & TONS OF FUN!

### PARENTS, YOUR CHILD WILL LEARN...

- BENEVOLENCE & EMPATHY • CRITICAL THINKING • PROBLEM SOLVING •
- CREATIVE EXPRESSION • PERSONAL SOVEREIGNTY • COMPASSION •

THE SATANIC TEMPLE IS A NON-THEISTIC RELIGION THAT VIEWS SATAN AS A LITERARY FIGURE WHO REPRESENTS A METAPHORICAL CONSTRUCT OF REJECTING TYRANNY AND CHAMPIONING THE HUMAN MIND AND SPIRIT. AFTER SCHOOL SATAN CLUB DOES NOT ATTEMPT TO CONVERT CHILDREN TO ANY RELIGIOUS IDEOLOGY. INSTEAD, THE SATANIC TEMPLE SUPPORTS CHILDREN TO THINK FOR THEMSELVES. ALL AFTER SCHOOL SATAN CLUBS ARE BASED ON ACTIVITIES CENTERED AROUND THE SEVEN FUNDAMENTAL TENETS, AND EMPHASIZE A SCIENTIFIC, RATIONALIST, NON-SUPERSTITIOUS WORLDVIEW.

### SPONSORED BY: THE SATANIC TEMPLE AND REASON ALLIANCE

### FOR MORE INFORMATION E-MAIL: ASSC@THESATANICTEMPLE.COM

### WEBSITE: TST.LINK/ASSC

### PERMISSION SLIP

PLEASE SUBMIT THIS FORM TO SIGN YOUR CHILD UP FOR AFTER SCHOOL SATAN CLUB. PLEASE COMPLETE ONE FORM PER CHILD.

☑ YES, MY CHILD HAS PERMISSION TO ATTEND THE AFTER SCHOOL SATAN CLUB (ASSC).

### HOW WILL YOUR CHILD GET HOME ON CLUB DAY?

☐ I WILL PICK UP MY CHILD
☐ MY CHILD ATTENDS ANOTHER AFTER SCHOOL PROGRAM ON CAMPUS
☑ MY CHILD WALKS OR BIKES HOME ON THEIR OWN
☐ PICKED UP BY AN APPROVED ADULT
NAME OF APPROVED ADULT:

### STUDENT INFORMATION

| STUDENT FIRST & LAST NAME: | GRADE: | SCHOOL NAME: |
|---|---|---|
| ▇▇▇ | ▇ | ▇▇▇ |
| PARENT/GUARDIAN NAME & CELL PHONE: | | MAILING ADDRESS: (INCLUDING CITY/STATE/ZIP) |
| ▇▇▇ | | ▇▇▇ |
| HOMEROOM TEACHER: | | EMERGENCY CONTACT NAME & CELL PHONE: |
| ▇▇▇ | | ▇▇▇ |
| STUDENT FOOD AND DRUG ALLERGIES: | | STUDENT HEALTH CONCERNS: |
| ▇▇▇ | | ▇▇▇ |

*A HEALTHY PRE-PACKAGED SNACK WILL BE PROVIDED

PARENT/GUARDIAN SIGNATURE: Bonita Bryson (Feb 20, 2023 18:37 EST)    DATE: Feb 20, 2023

The United States Constitution requires schools to respect the right of all external organizations to distribute flyers to students at school if the school permits any such organization to distribute flyers. Accordingly, the school cannot discriminate among groups wishing to distribute flyers at school and does not endorse the content of any flyer distributed at school. The school encourages parents to assist their children in making choices appropriate for them. This is not an activity of the school or the School District.