

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA 19422-3001
Tel 610.397.6500  Fax 610.397.0450
WWW.FOXROTHSCHILD.COM

MARK W. FITZGERALD
Direct No: 610.397.7981
Email: MFitzgerald@FoxRothschild.com

April 21, 2023

**VIA ECF**

The Hon. John M. Gallagher, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
Edward N. Cahn Courthouse & Federal Bldg.
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

      Re: **The Satanic Temple, Inc. v. Saucon Valley School District**
            **Docket No. 5:23-cv-01244-JMG**

Dear Judge Gallagher:

    As a follow-up to my letter from earlier today (ECF No. 30), the District also wants the Court to be aware that the Saucon Valley PTO is scheduled to rent Saucon Valley School District ("District") facilities before the end of the 2022-2023 school year. The District did not identify the Saucon Valley PTO previously because unlike the other four organizations that were identified in my previous correspondence (Borough of Hellertown Civil Service Commission, Saucon Valley Youth Lacrosse, Hellertown Yard Goats, and Saucon Valley Youth Sports Spring Flag Football), this organization is a school-affiliated organization (like school activity booster clubs), not an outside organization that is completely independent of the District.

    That said, if the Board adopts the revised version of Policy 707 on April 25, 2023, even school-affiliated organizations, like the Saucon Valley PTO, must comply with the revised Policy, including the 6:00 p.m. start time that Ms. Vlasaty discussed yesterday. In the interest of full disclosure, we wanted the Court to be aware of this school-affiliated organization in addition to the four non-school affiliated organizations identified previously that will be affected if the Board adopts a revised version of Policy 707.

    Further, in response to a request from the Satanic Temple for the District to share with the Court the dates and times when all of these organizations are scheduled to use District facilities, please see the below chart that includes the requested information:

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Massachusetts  Minnesota  Missouri
Nevada  New Jersey  New York  North Carolina  Oklahoma  Pennsylvania  South Carolina  Texas  Washington



April 1, 2023
Page 2

| Organization | Date(s) and Time of Rental |
|---|---|
| Borough of Hellertown Civil Service Commission | Saturday, April 29, 2023<br><br>➢ 8:00 A.M. through 12:00 P.M. |
| Saucon Valley Youth Lacrosse | Monday through Friday, beginning March 13, 2023 through May 31, 2023<br><br>➢ 5:00 P.M. until sunset |
| Hellertown Yard Goats – LV Baseball League | Sundays, June 4, 11, and 18, 2023<br><br>➢ 9:00 A.M. through 4:00 P.M. |
| Saucon Valley Youth Sports Spring Flag Football | Monday through Friday, beginning March 12, 2023 through June 2, 2023<br><br>➢ 6:00 P.M. until sunset<br><br>Saturdays, April 15, 22, 29, 2023<br><br>➢ 7:00 A.M. through 10:00 A.M.<br><br>Saturdays, May 6, 13, 20, 2023<br><br>➢ 7:00 A.M. through 10:00 A.M.<br><br>Saturday, June 3, 2023<br><br>➢ 8:00 A.M. through 2:00 P.M. |
| Saucon Valley PTO | Friday, May 19, 2023<br><br>➢ 4:00 P.M. through 9:00 P.M. |



April 1, 2023
Page 3

      Thank you, again, for your continued attention to this matter.

Respectfully submitted,

Mark W. Fitzgerald

Cc:    All counsel of record (via ECF and electronic mail)