Case 5:23-cv-01442-JMG Document 1-32 Filed 04/24/23 Page 2 of 6
Case 5:23-cv-01442-MGD Document 1-32 Filed 03/04/23 Page 2 of 5
No. 707

| | SECTION: | PROPERTY |
|---|---|---|
| | TITLE: | USE OF SCHOOL FACILITIES |
| **SAUCON VALLEY SCHOOL DISTRICT** | ADOPTED: | May 8, 2007 |
| | REVISED: | |

| | 707. USE OF SCHOOL FACILITIES |
|---|---|
| 1. Purpose | School facilities of this district should be made available for community purposes, provided that such use does not interfere with the educational program of the schools. |
| 2. Authority | It is the policy of the Board of School Directors of the Saucon Valley School District to make available the facilities of the school district to organizations, associations and individuals of the community for civic, cultural, educational and recreational activities when the scheduling of these activities does not interfere with the educational program of the district. |
| | The Saucon Valley School District does not discriminate on the basis of race, color, national origin, sex, disability, or age in making available the facilities of the school district. The Administration shall post a "Notice of Non-Discrimination" and make the notice available as required by law. |
| | Requests from organizations outside the district will also be given consideration. |
| 3. Delegation of Responsibility | The Administration is charged with the responsibility of reviewing each request for use of facilities and, if all requirements are met, scheduling the use of the facilities. Facilities use schedule shall be posted on the district web page. |
| | Requests which fail to qualify for inclusion under the guidelines will be directed to the Board of School Directors for consideration. |
| | The Board reserves the right to deny permission to use Saucon Valley District facilities when it deems this action to be in the best interests of the school district. |
| SC 775 | Fee charges will be determined by the nature of the use, school-related or nonprofit within the district, or commercial. The School Board will annually approve a list of school-related organizations for which all or some of the conditions and fees may be waived. Rules and Regulations for the use of school buildings and facilities will be provided to the organizations requesting the use of the facilities. |

Page 1 of 5

707. USE OF SCHOOL FACILITIES - Pg. 2

| | |
|---|---|
| 4. Guidelines<br>SC 775 | Rental Fee Schedule for use of school facilities will be reviewed and approved annually and included as part of the Rules and Regulations.<br><br>Classifications of eligible organizations using school facilities shall be defined in the Rules and Regulations for the Use of School Buildings, Facilities and Equipment.<br><br>Application Process<br><br>An individual or community group requesting permission to use school buildings, facilities or school property must submit a written request on the prescribed application in advance of the proposed date to the Superintendent.<br><br>The application must specify the portion of the school facilities requested for use; proposed activities; number of individuals participating; and the date, time and duration of the proposed event. All wage requests shall be for a specific date or dates, not for an undefined time period.<br><br>Along with the completed application, the individual or group must submit the following:<br><br>1. Evidence of organizational liability to limits required by district guidelines.<br><br>2. Documentation evidencing the school district shall be held harmless by the user for any liability that arises from use of school facilities by the individual or group.<br><br>Application Evaluation<br><br>No application to use school facilities shall be approved if the proposed activity would result in any of the following:<br><br>1. Conflict with any school-sponsored activity.<br><br>2. Access to school facilities closed due to renovations, maintenance, cleaning, the school calendar, or Board action.<br><br>3. Access to school facilities containing equipment or furnishings which would be detrimental to the operation of a district program if damaged or operated by an unqualified operator.<br><br>4. The proposed use would prevent or encumber district personnel from preparing school facilities for their primary purpose, because of the nature or duration of the activity. |

| | |
|---|---|
| | Limitations |
| | When individuals and community groups receive written permission to use school facilities under this policy, such use shall be conditioned upon strict compliance with the following: |
| | 1. Individuals shall not use, access or enter upon any portions of the school facilities or their contents not specified in the approved written request form. |
| | 2. Individuals shall refrain from any conduct or activities not specifically identified in the approved written request form. |
| | 3. When advertising or promoting activities held at school facilities, individuals and community groups shall clearly communicate that the activities are not being sponsored by the school district. |
| | 4. School equipment used in conjunction with requested facilities shall be identified when the application is submitted. Users of school equipment must accept liability for any damage to or loss of equipment that occurs while in their use. Where rules so specify, no equipment may be used except by a qualified operator, provided by the school. |
| | The School Board may require police supervision for traffic or safety control when anticipated attendance will exceed 200 people. |
| | Prohibited Activities |
| | Everyone using school facilities must adhere to Saucon Valley School District policies and regulations. All civil infractions will be referred to local law enforcement agencies, i.e., illegal parking, vandalism, use of obscene language, etc. |
| | The following activities are strictly prohibited in school facilities when individuals and community groups are granted written permission to use said school facilities: |
| | 1. Possession, use or distribution of illegal drugs and/or alcoholic beverages. |
| SC 511 | 2. Possession of weapons. |
| | 3. Conduct that would alter, damage or be injurious to any district property, equipment or furnishings. |
| | 4. Conduct that would constitute a violation of the Pennsylvania Crimes Code, and/or state and federal laws and regulations. |

| | |
|---|---|
| 10 P.S. 311 et seq | 5. Gambling, games of chance, lotteries, raffles or other activities requiring a license under the Local Option Small Games of Chance Act, unless such activity has been expressly authorized by the Board or administration. |
| 20 U.S.C.<br>Sec. 7181 et seq<br>35 P.S. 1223.5 | 6. Use of tobacco products.<br><br>Violations<br><br>The school district reserves the right to remove from school district premises any individual or community group who fails to comply with the terms and conditions of this policy and established procedures.<br><br>In the event an individual or community group violates this policy or the terms under which permission was granted to use school facilities, that individual or community group forfeits the right to submit future written requests to use school district property, unless otherwise decided by the Board.<br><br>Fee Schedule<br><br>Use of school facilities for activities directly related to the educational program and district operations shall be without cost to users, except that the user shall be responsible for extra custodial fees.<br><br>Special Rules And Regulations<br><br>*Opening of Buildings* – The building and facility will not be opened until the person responsible for the activity is present.<br><br>*Spectators* –<br><br>1. *Practices or Rehearsals* – Parents/Guardians of participants and their children are permitted during practices or rehearsals.<br><br>2. *Meets or Performance* – Adults and children under eighteen (18) accompanied by an adult are permitted at meets or performances. Children under eighteen (18) will only be permitted without being accompanied by an adult ONLY if the organization using the facilities provides adequate supervision.<br><br>*Compensation of School Personnel* – Organizations using school facilities shall make all payments directly to the school district. No reimbursement directly to the employee is permitted. Tips also are not permitted. |

| | |
|---|---|
| School Code<br>511, 775<br><br>PA Code<br>Title 22<br>Sec. 403.1<br><br>10 P.S. 311 et seq<br><br>35 P.S. 1223.5<br><br>20 U.S.C.<br>Sec. 7181 et seq<br><br>20 U.S.C.<br>Sec. 7905 | *Cancellations* – Cancellation of scheduled use of school facilities must be reported to the Business Administrator preferably at least seven (7) days in advance. This advance notification is required for notification of custodians or others designated to supervise the use of the facility and to release the facility for another group which may desire to use it. If the cancellation is not cleared with the Business Administrator in time to permit proper notification of school personnel engaged for the activity, the organization will be required to pay all costs involved. |