## Board Meeting 2/28/2023

████████████████████████████                                    Thursday, March 2, 2023 at 8:48:06 AM Eastern
                                                                                          Standard Time

To: Jaime.Vlasaty@svpanthers.org

Mrs. Vlasaty,

My name is ████████ and I am the father of a ████████ student. I was unable to attend Tuesday night's school board meeting because I had a prior commitment but I wish I was able to attend.

If I was in attendance I would have liked to have spoken at the end to thank you and the school board for rescinding access to the school to the Satan club. I'm sure when you were going through the process of becoming the superintendent you did not have an after school satan club on your radar. Under no circumstances do I think it is appropriate for a club promoting Satan, Satan worship, or any other realm of the demonic to be in our school and I applaud you for rescinding that. You did the right thing and made the right decisions.

I thought your comments were very articulate and well spoken and I was saddened to hear that some in the community would take time to write or call you and bring your family into it.  It can not be easy to be taking the slings and arrows from both sides during this time and I wanted to write to you to express my gratitude for doing what is right. School boards and education have recently become avenues for frustrated community members to blow off some steam. Those people were wrong to question your parenting and leadership and I wanted to let you know that I support you. Personally I would have liked if the Satan group had been denied access originally but I understand how and why you felt like you could not do that.

I will be praying for you, your family and the leadership of this school district as things move forward. I fear that we have not seen the end of the Satan group just yet but I know that a resounding "no" will make them lose their desire to continue to fight. I feel saddened that individuals and/or a group felt the need to bring the demonic into the school in the first place and I pray that they see the wrongness of their actions and return to sound judgment soon.

I am fully convinced that this is spiritual warfare and that Saucon Valley School District is currently on the right side of things.

Thank you for doing what is right in the face of evil. Thank you for protecting my ████████ by shutting down the schools when a threat was made. ████ is precious to me and it angers and scares me when someone threatens my ████████. I can only imagine how you feel given the upheaval in recent weeks given the personal, public attacks you have gone through. Just know that I respect and support you even more now given your recent leadership decisions.

Thank you and may God bless,

████████████

---

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                    Thursday, March 2, 2023 at 9:35:34 PM Eastern Standard
                                                                                                                    Time
To: ████████████████████████████

████████-
Thank you. I truly appreciate you reaching out in this way.
It is difficult at times when the loudest voices are the most damaging in so many ways. This past week has not been the easiest and I know that many believe that the decisions that I have made are short sighted or emotionally reactive. However, if anyone knows or has seen how I operate, I would hope they would say that I am intentional with my words, my actions and my decisions. We couldn't do what other DIstricts have done. Unfortunately, it would have given the Satanic Temple exactly what they wanted, along with more publicity and ammunition and we may have been in a position of having to take the Club back after thousands in legal fees, etc.  We needed to put ourselves in the best position to fight this and hopefully, keep them out. I am not sure if we will see them back again, but I believe we are in a better position than other Districts have been.  Sometimes true protection isn't noticeable or noticed immediately.

Please know that I always operate with the students and this community as the top priority! I appreciate your support and I hope that I will continue to be the leader you would like for your children! Do not hesitate to reach out to me if you or

your child is in need of anything!

Have a great evening!

On Thu, Mar 2, 2023 at 8:48 AM ███████████████████████████████████████ > wrote:

Mrs. Vlasaty,

My name is ███████████ and I am the father of a █████████ student. I was unable to attend Tuesday night's school board meeting because I had a prior commitment but I wish I was able to attend.

If I was in attendance I would have liked to have spoken at the end to thank you and the school board for rescinding access to the school to the Satan club. I'm sure when you were going through the process of becoming the superintendent you did not have an after school satan club on your radar. Under no circumstances do I think it is appropriate for a club promoting Satan, Satan worship, or any other realm of the demonic to be in our school and I applaud you for rescinding that. You did the right thing and made the right decisions.

I thought your comments were very articulate and well spoken and I was saddened to hear that some in the community would take time to write or call you and bring your family into it.  It can not be easy to be taking the slings and arrows from both sides during this time and I wanted to write to you to express my gratitude for doing what is right. School boards and education have recently become avenues for frustrated community members to blow off some steam. Those people were wrong to question your parenting and leadership and I wanted to let you know that I support you. Personally I would have liked if the Satan group had been denied access originally but I understand how and why you felt like you could not do that.

I will be praying for you, your family and the leadership of this school district as things move forward. I fear that we have not seen the end of the Satan group just yet but I know that a resounding "no" will make them lose their desire to continue to fight. I feel saddened that individuals and/or a group felt the need to bring the demonic into the school in the first place and I pray that they see the wrongness of their actions and return to sound judgment soon.

I am fully convinced that this is spiritual warfare and that Saucon Valley School District is currently on the right side of things.

Thank you for doing what is right in the face of evil. Thank you for protecting my ████████ by shutting down the schools when a threat was made. ████ is precious to me and it angers and scares me when someone threatens my ████████. I can only imagine how you feel given the upheaval in recent weeks given the personal, public attacks you have gone through. Just know that I respect and support you even more now given your recent leadership decisions.

Thank you and may God bless,

██████████████

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

## Concerned Parent

████████████████████                    Tuesday, February 21, 2023 at 9:42:54 AM Eastern Standard Time

To: jaime.vlasaty@svpanthers.org

Good Morning,

My name is ████████ and I am a parent to a student in Saucon Valley elementary school. I wanted to email you regarding the Satan After School Club which has been approved by the district. I am extremely disappointed and angered that the innocence of our children is not being protected. Students that are being enticed to join a club with claims of fun, puzzles, games, crafting and more is not only misleading, but manipulation. We know there is more to the club than games, crafts, and "fun". While I know they are protected by the first amendment I am petitioning to remove all religious clubs/after school groups. Let the decision be left outside of schools for the parents to introduce what they feel is appropriate to their children when they feel it is appropriate.

Sincerely,

████████████

---

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                    Tuesday, February 21, 2023 at 11:12:35 PM Eastern
Standard Time

To: ███████████████████████

Good Evening-

Let me first start with some background.

We were notified by our Solicitor that we were unable to take action against this. The Supreme Court has ruled on this and if we open our facilities to other non affiliated organizations, it becomes difficult if not impossible to deny access to others, especially if we have other faith based organizations using our facilities. I am new to Saucon but it is my understanding that the District has allowed Bible Study as well as Good News Club for over 6 years. The Satan Club was contacted by a member of our community to start a club for the reason that the District allows the Good News Club.

We do not support any after school clubs by non affiliated school organizations. We do not help distribute flyers, allow them in our schools during the school day or help in any way (supervise, organize parents pick up/ drop off, etc.)

I will do whatever I can to keep the students and staff safe while upholding policy, which is also my job. I will continue to do so. I will be more than happy to discuss this in more detail with you to help walk through your concerns and questions.

Thank you,

On Tue, Feb 21, 2023 at 9:42 AM ███████████████████████ wrote:

Good Morning,

My name is ████████ and I am a parent to a student in Saucon Valley elementary school. I wanted to email you regarding the Satan After School Club which has been approved by the district. I am extremely disappointed and angered that the innocence of our children is not being protected. Students that are being enticed to join a club with claims of fun, puzzles, games, crafting and more is not only misleading, but manipulation. We know there is more to the club than games, crafts, and "fun". While I know they are protected by the first amendment I am petitioning to remove all religious clubs/after school groups. Let the decision be left outside of schools for the parents to introduce what they feel is appropriate to their children when they feel it is appropriate.

Sincerely,



--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

# Fwd: After School Club

**amy.braxmeier@svpanthers.org Amy Braxmeier**

To: jaime.vlasaty@svpanthers.org Jaime Vlasaty

Thursday, February 23, 2023 at 11:44:52 AM Eastern Standard Time

---------- Forwarded message ---------
From: **James Davis** ███████████████ >
Date: Thu, Feb 23, 2023 at 11:33 AM
Subject: After School Club
To: <amy.braxmeier@svpanthers.org>

Dear Ms. Braxmeier,
I wanted to take a moment to contact you regarding the After School Satan Club that you are promoting inside your school.

Presently, I'm trying to find the appropriate words to express my horror and outrage that you have literally invited the devil into the school to influence our children. I was going use "disbelief", but in this day and age, it is, unfortunately, very believable.

I'm wondering how you can live with yourselves. Have you no values? No morals? Those are rhetorical questions, as the answer is obvious that you lack either of those qualities.

To my knowledge, schools are not permitted to host nor promote religion. Certainly, hosting satanic activities is promoting a religion.

Congratulations! During your work day, you're steering children on the path to burning in hell! Very few people in our society can lay claim to such a feat during their normal work day!
Sincerely,
Jim Davis


--
Amy Braxmeier
Principal
Saucon Valley Elementary School

@AmyBraxmeier

**CONFIDENTIALITY NOTICE:**
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

## Thank you and an apology

**David Weiss**                                    Wednesday, March 1, 2023 at 2:32:14 PM Eastern Standard Time
To: Jaime.Vlasaty@svpanthers.org

Ms. Vlasaty, I wanted to take a moment and thank you and apologize for the fall out you have received based on the decisions with the After School Satan Club. I am a pastor in the area, serving Springfield Church of the Brethren in Coopersburg. I read the article in the Morning Call and was heart broken over the abuse you have received from the community, and even though I had nothing to do with that abuse, I am sorry that it happened, the comments were unkind (to say the least) and unwarranted. As you might imagine, given my profession, I am not a big fan of the satan club, but that being said, I am a rather huge fan of the first amendment, and understand it to be the "two edged sword" that it is. I understood why the club was approved and why the approval was rescinded. While I was not at the meeting, from the article, I would like to say that I appreciate your leadership in this complex issue. I am fully aware that the story is likely not over, but please know you are in our prayers. Thank you, Dave Weiss

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**          Saturday, March 4, 2023 at 10:03:37 PM Eastern Standard
To:                     David Weiss                                                              Time

Hi Mr. Weiss-
I truly appreciate you reaching out. It definitely is a complicated issue.

I am a fan as well of the first amendment which makes this even more difficult for me in this position. I have to say, all communication I received from the Satan Club and its supporters have been fair and respectful. It is unfortunate that the communication you heard me reference was done by the community in which I serve. I do believe though, that these challenges I face professionally and personally are there for reasons beyond me at times and I need to remain steady and positive. I love the community and the students here! Not many people can say that they love their job nowadays and it is something I will not take for granted.

Please keep in touch!

On Wed, Mar 1, 2023 at 2:32 PM David Weiss                          > wrote:
> Ms. Vlasaty,
> I wanted to take a moment and thank you and apologize for the fall out you have received based on the decisions with the After School Satan Club. I am a pastor in the area, serving Springfield Church of the Brethren in Coopersburg. I read the article in the Morning Call and was heart broken over the abuse you have received from the community, and even though I had nothing to do with that abuse, I am sorry that it happened, the comments were unkind (to say the least) and unwarranted. As you might imagine, given my profession, I am not a big fan of the satan club, but that being said, I am a rather huge fan of the first amendment, and understand it to be the "two edged sword" that it is. I understood why the club was approved and why the approval was rescinded. While I was not at the meeting, from the article, I would like to say that I appreciate your leadership in this complex issue. I am fully aware that the story is likely not over, but please know you are in our prayers.
> Thank you,
> Dave Weiss

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

**re Satan Club: what evil deeds "HELLERTOWN" christians where just inspired**

**Michael Bench**                                    Monday, February 27, 2023 at 7:09:14 AM Eastern Standard Time

To: Jaime.Vlasaty@svpanthers.org

Dear Superintendent Vlasaty,
I am demanding the immediate reinstatement of the Satan club and a public denunciation of what monopolist attitude christians of the area; Bethlehem especially; have about their heretic beliefs.  One of the most frequent statements in the news was the 'controversy" of a "Satan club" while the statements referring to Elohim/ Jehovah / Yahweh .. simply presumed 'god' was sufficient. Lets remember that in no way can a school district side with political gimmick that monotheism and trinitarianism are the same. 1 is not 3. Thus they are not speaking of judeochristianity whatsoever.  Your jesusfreak chaos makers need a math lesson and a theology lesson.

I will say a few things here on Satanism and then I will close on topics of the club. First that I find that Theists being marginalized is absurd. You should always include theists as the center of Satanism at all times. And with that statement also must be understood one can be a student of Satanism and not be necessarily a Satanist,. Now comes the "I 'm gonna school you" With this are my communications with ArchBishop Welby of the Anglican Church of Britain. it was good of High Priest Anton Lavey to create distance from the oppositionalism of judeochristianity. This was good for a time. When his Baphomet sigil started removing key elements, there was cause to bothered. In the Church of Satan (which is known separate of Temple of Satan).. sigil , it is merely a lightning bolt upon the Mendes Pentacle. This is not sufficiently recognizing Lilith as the first female by Torah standards and her consort Samael.

What should this mean to you? in the Torah as you will see in the letters below there are two stories about human creation. The first female was not of Adam's rib but equally made of the mud, just as its origin story: God Atum and Goddess Iusaaset: the Egyptians. The Hebrews borrowed this as Elohim and Ruach Elohim. What they didnt borrow were the remaining 32 Laws of Maat.

 Now superintendent Jaime.. when a verse in the bible says all sins are forgiven except blaspheme against the holy spirit, you might want to perk your ears up to exactly what the Hebrew definition of their binary gods are. The Hebrews and Egyptians were under false pretense that reproduction was a male generated matter. So the female goddesses also were stashed in the back of the mythology. In Egyptian the Goddess Iusaaset is treated like a grandmother lacking the modern disdain for old wives as " my old lady, my old ball and chain";, etc.
So for any monotheist to condemn the Satan club is a liar talking out their own low pipe. Holy spirit is Ruach Elohim.. The Holy Spirit .is part of the deity whether the Hebrew male mitzvot rituals are institution or not. Thus Jesus is only a messenger.. a matter (I) now founder of Methodist Satanism dand Islam agree on. I also feel Jews are not to be eating any meat or koshering animals.

The lore of Lilith is not unlike the story of Greco Roman Medusa. She was a beautiful girl that was raped by God Poseidon, she was banished by her choice to accuse. The allegations she had snakes for hair and you didnt want to look at her else turned to stone.. is all figurative to pay her no attention.  or , today we know this as slut shaming. The walk of shame girl.. "I banged this girl so ugly (dismissing her in pretext)... that all the starlings in Ireland dive bombed her face to make her prettier. See my point. Romanized Christianity sexism.. more Roman than christian.. is attrition, alive and well. Keep in mind her silence might also have been beaten into her. These are the stories of normalized rape. Her protectorate deities in AntiJudaism are known as Samael or Azazel, not Satan. "Ha Satan" was later adopted to mean challenger and adversary. If Lilith, being female, is the adversary of the male caste of governance, it is certain that at least rape and other crimes are a cause of accusation. Do you still feel Satanism is suddenly inconvenient? I suggest you convince the district to ball up and punch a few of its christian chaos makers in the throat.

The legend and legacy of Satanists is far more a task any christian had to face. When were women allowed to vote again? 1920s, because of a christian institution of government. Back in the Jesus story you hear " take up your cross and die for me". None of them did. On the first easter 16 people were to be sacrificed so the Nazarene had a spectacle for his speech in Luke 23:28-31. Daughters of Jerusalem dont weep for me but weep for selves.. etc.
The ministry of Jesus as perpetuated by Paul and Peter has nothing to do with it. They turned to worship the mortal Jesus instead of reappoint the male and female binary parts only as  deity. Rather than worship the Goddess Iusaaset/ Goddess Ruach Elohim.. they instead worship the mortal Virgin Mary; a complicit womb story just like Eve.

Do you still feel like burying the true adversarialism of Satanism, i hope not. Maybe its a matter a true Theist scholar confronts you educators  as to what they were being asked to host. Not these poser nontheists.  I credit Temple of Satan for Their activism..that is the liturgical role. So bravo on that.  They are doing the job while shying away from the very source of bad press. Its not a bad strategy if you dont call yourself a Satanist.

I feel the age intended of the club was too young. No child below 10 should be near deism at all. A middle school/ high school club is a better option providing there are strict regulations against hazing against all clubs. A Satan club should be NEVER be recipient of catholic jock hazing we saw litigated at Bremerton, WA football field.
The Satanists have more right to be heard than christians.. however.. there are no child ministers ever. No child even of 18 is entitled to be a non degree holder Satanism minister of any sort,. They need at least a bachelor of science; , not seminary drippings.    I also ask all press to stop their misinformation of collecting monotheists to whine about the alleged conflict of trinitarians and Satanism. The controversy is their own normalization of christianity.. no matter how tied to Pennsylvania History.  The true conflict is appropriated mitzvot judaism and its fact checked rapist friendly political legacies. Thats what the debate is on Satanism,. On pages 156-163 are christianity's lies and fragments. just remember in the temptations.. Jesus Follows Satan.. anywhere.

. to the first temptation. But after the first temptation. Satan leaves for tea/tee time as the pupil failed their wizardry test. They loitered and were told to go jump off a temple. Dismissively. #Word.

I welcome you to download my Methodist Satanism Text.Its free and its for Mature readers. I do hope you found my communication assertive but courteous.  https://drive. google.com/file/d/15-zWl1quZDWqzOU_20HSzQ6vdfzlEoq7/view?usp=share_link

Michael Bench, MEP, WGSGC
Carbon County
Pennsylvanian

---------- Forwarded message ---------
From: **Michael Bench**                          >
Date: Thu, Feb 16, 2023 at 3:58 PM
Subject: Re: re EgyptoChristianity Episode 4. A New Hope
To: <faculty.office@1thesanctuary.com>

Dear Archbishop Welby.
I have not received a response or acknowledgment of facts and liturgical material I have provided. I dont see this as a game and dont appreciate being set aside.
On February 8th I addressed you about the serious canon failures of a Jews failing to correctly indicate their 'god head' was correctly recognized as a two part binary sort.
This also would seem to revisit the accusation that Presbyter Arius was not a heretic. And Lets also be clear that Arius had been accepted back into the fold before then ejected again and likely assassinated. That upon itself shows that christology was still bargaining what it wanted to hear for the sake of male rule instead of what the Ministry of the Nazarene really meant.

The Nazarene had a message of meekness and forgiveness which cannot be mistaken for butch masculinity. Everyone claiming the opposite must now correct themselves.
I am not writing this as a warning and I am not claiming myself a prophet. What I am saying is that of all the war/ Blasphemy and Scandal made in the name of the Nazarene.. The
Anglican Church has this one chance to correct it. Dont screw up, shorty. My parents raised me to be Eastern Orthodox and even the Easterns screwed this up. Dont waste my time practically
involuntarily necessitating I pass on their own radicalism( in context). I have enough bible trivia drilled into me to find the core of this Earth.  Dovetailing to my
previous statements.. its my NEW sentiment that the praise and maternal prayer and reverence to the Virgin Mary must consider Mary and Goddess Iusaaset synonymous. That might be a far jump for you so lets also then say the Virgin Mary and  "Goddess Ruach Elohim" are to be considered synonymous. Use the word Goddess by necessity. The prayers to the virgin mary are conventional and usual. So stop fighting a trend and make it exactly the correction that needs to happen.;  And, to further correct the matter, Jesus Christ, whatever be his mortal or immortal state has been so defamed by " the sin justifies the mission work" that his divinity is as trashed as a Washington DC lobbyists bachelor party.

This is my only and final follow up. Make the correct choice. The comfort of the gays being tolerated as people in the face of the grace and love of Christian ministry starts in the ministry being true in its actions among those credible to its faith. it is the fetish made of heterosexuality.. the majoritarian pride, that is at fault. Thomas Hobbes was falsely marginalized by the catholics when in fact he had much more to contribute to the church's creation than he did to its criticism.

Make your choice. But if you are wrong.. We as an American-European west dont have time for another cycle of fact checking since Nicea. Remember. christianity will ALWAYS become obsolete. It is for it die a truth or a lie. And the one major lie operating today is that '*evangelicals believe they can operate christianity as a threat to and competitor toward islam on islams radical violent terms*". That is not the ministry. Islam is incorrect on calling Elohim "HE " only as well. First christianity needs to be true to the ministry of unblaspheming the Holy Spirit as a forgotten matter. Theres two parts to this

Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

Monday, February 20, 2023 at 8:58:57 PM Eastern Standard Time

To: jaime.vlasaty@svpanthers.org Jaime Vlasaty

Thanks for responding, I'm sure you're getting bombarded.  But just  because something is  allowed doesn't mean it should be enabled. Did the board vote on this? Is the school scared of a lawsuit if they deny them access? It's not being discriminatory to prohibit them from entering the schools when we're doing it to protect our children. They say they don't believe or worship satan but then why is he their mascot and why are they ok with causing such conflict and using those symbols to get attention. That is not what we want to teach our "positive panthers".

Sent from my iPhone

> On Feb 20, 2023, at 8:43 PM, Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Hi ▓▓ -
I understand and I had similar concerns. Anything that uses the word Satan sparks the reaction I have seen on social media and with our families. Usually, the After School Club follows Districts who have the Good News Club, which we have had for many years. One of the SVSD community members reached out to members of the After School Satan Club to bring them to Saucon. Our facilities must have equal access per rulings by the Supreme Court in similar situations involving schools.

The students need parent permission to participate. I am wondering how many of our community members will provide this and how many elementary and middle school students will be attending.

Please let me know if you have any additional questions.

On Mon, Feb 20, 2023 at 8:17 PM ███████████████████████ > wrote:

This is disgusting and disturbing on so many levels. I understand not discriminating, so you're telling me I could have a sex toy club? Or a group coming in posing as LGBT and yet there is pedophiles running it. Are these groups vetted? Do they all have their clearances on file?

Sent from my iPhone

On Feb 20, 2023, at 7:52 PM, Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Check out A Message from the: https://www.smore.com/35vc8

## A Message from the
### SUPERINTENDENT

Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

Check out A Message from the: https://www.smore.com/35vc8



Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

jaime.vlasaty@svpanthers.org Jaime Vlasaty                                    Tuesday, February 21, 2023 at 10:16:41 PM Eastern Standard Time
To: ████████████████████████

H████████-

I appreciate your email. 1/ 700 that was not threatening or disrespectful. I will take it!

I, unlike many people's beliefs, am not an Eagle's fan (or chiefs) BUT I am glad that the delay was enjoyed by the majority of our families!

Have a great rest of the week.

On Tue, Feb 21, 2023 at 8:46 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:
Hello,

As proponent of public secular education, I support this decision. Equality in public spaces, what's fair is fair, or better yet no religiously affiliated organizations should be allowed within public funded District facilities whatsoever.

And at the same time, the spotlight will be on our district from those who may take offense at this, and my children's safety & education is paramount. I trust you, the school board and others in administration are doing everything in your power to ensure our community, students and faculty, are protected from any harm. Thank you.

Also... I appreciate the delay for the Eagles game! Too bad they couldn't get the right call on the field.

▮▮▮▮▮▮

Sent from Yahoo Mail on Android

On Mon, Feb 20, 2023 at 7:52 PM, Jaime Vlasaty
<jaime.vlasaty@svpanthers.org> wrote:

Check out A Message from the: https://www.smore.com/35vc8



Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                    Monday, February 20, 2023 at 9:08:08 PM Eastern Standard Time
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Good Evening-

Unfortunately, despite your personal attack, this decision was not a personal one. This decision was made on advice from our Solicitor based on past court cases.
The After School Club follows school districts who allow the Good News Club to use facilities. Something our District allows for the last seven years and before my tenure. A community member who supports the ASSC called them to have them come to our district.

If you have any questions or concerns that you would like to discuss, I will be more than happy to meet with you or discuss these over the phone. I, however, will not tolerate disrespectful emails that are personal in nature or are attacking me based on untruths.

On Mon, Feb 20, 2023 at 8:39 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:
You are as weak as lame duck President Biden.

You should be ashamed for bowing to woke policy instead of standing up for what's right.

I hope you lose your job for this and lose it quickly.  You do not belong around our children.

You are pathetic.

▮▮▮▮▮▮▮▮

Sent from my iPhone

Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

**CONFIDENTIALITY NOTICE:**The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                    Tuesday, February 21, 2023 at 11:02:39 PM Eastern Standard Time
To:
Cc:

H
At this time, there are three dates between now and the end of the school year that have been reserved. They are utilizing the middle school after school hours until roughly 4:30. I am hoping that there is a separation of the organizations and after school activities that share space, but I understand your concerns.

If your children are approached, feel uncomfortable in any way, etc. please let me know immediately. Though the District does not supervise or assist with non affiliated organizations, we do not want any child to feel unsafe or uncomfortable while participating.

Please reach out to me anytime!

On Tue, Feb 21, 2023 at 3:34 PM < ██████████████ > wrote:

Jaime -

I appreciate the heads up regarding this new "club/organization." My concern lies with the hours this would occur. My children often participate in after school activities (the play, etc.) and have practice after normal school hours. Would these people be there during that time? Will their presence to be known to the children that may be there after hours? I would be horrified if there would be a chance of them running into my children, as I am of the belief that these types of organizations intentionally chose schools as a potential way to access children. I look forward to hearing from you.


Regards,

██████████

Sent from my iPhone


On Feb 20, 2023, at 7:52 PM, Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:



Check out A Message from the: https://www.smore.com/35vc8



Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                    Tuesday, February 21, 2023 at 11:04:57 PM Eastern Standard Time
To:

Hi ▇▇▇▇▇ -

I am sorry that I was unable to return your communication today. As you can imagine, there were many emails/ calls and the day ended with more events that needed my immediate attention. Let me first start with some background.

We were notified by our Solicitor that we were unable to take action against this. The Supreme Court has ruled on this and if we open our facilities to other non affiliated organizations, it becomes difficult if not impossible to deny access to others, especially if we have other faith based organizations using our facilities. I am new to Saucon but it is my understanding that the District has allowed Bible Study as well as Good News Club for over 6 years. The Satan Club was contacted by a member of our community to start a club for the reason that the District allows the Good News Club.

We do not support any after school clubs by non affiliated school organizations. We do not help distribute flyers, allow them in our schools during the school day or help in any way (supervise, organize parents pick up/ drop off, etc.)

I will do whatever I can to keep the students and staff safe while upholding policy, which is also my job. I will continue to do so. I will be more than happy to discuss this in more detail with you to help walk through your concerns and questions.

Thank you,

On Mon, Feb 20, 2023 at 9:51 PM ████████████████████ > wrote:
Jaime,

As a parent I am deeply disturbed by this club. I don't see it fair or right that parents of the community were not able to voice their opinions about this. As tax payers to the school we should have an opportunity to speak against such evil that is about to corrupt our school district. No good thing can come from a club that hails satan as a celebrity or model figure. Our childern have impressionable minds that can be hindered by promoting this club to be "fun" and "crafty" "earth friendly", using creative words to play tricks on a child's mind as if this is a "good" thing!

A satanic club is fair beyond a religious club. The satanic world invites evil spirits all around us and has very powerful and lasting effects on communities, and families. The equivalent to this club is like promoting drugs as candy to childern. They have no idea that the drug is harmful to their minds and bodies and takes control over their lives! It's our job as parents and a community to protect these kids!

Jaime, as the superintendent you need to fight back for this school. Saying yes just because the school isn't allowed to discriminate against such clubs is not a good enough excuse for me!! I'm sure I can think of 100 more people that would back you and fight with you to get this out of saucon valley immediately!

We can not allow this nonsense here, it has to end and it has to start now before it's too late!


On Mon, Feb 20, 2023 at 7:52 PM Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Check out A Message from the: https://www.smore.com/35vc8



Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                                    Wednesday, February 22, 2023 at 10:12:27 PM Eastern Standard Time
To

Good Evening-
I am taking the necessary steps and making recommendations. However, what you believe is right in your email regarding shutting down clubs is the opposite of many of the emails I am receiving stating do not shut down everything. Please feel free to review the policy that outlines how these organizations are approved and the requirements outlined there

The contents of your email, I cannot respond to as much of what you are stating is not factual including that of the ski club. I am not sure what your source of information is, but I would verify these items before making accusations. I would ask that moving forward, if you have specific information, concerns or questions, I would be happy to answer them. However, I will not engage in disrespectful and negative communication that is not overall productive to the issues at hand or resolving concerns for a more positive outcome.

On Wed, Feb 22, 2023 at 10:19 AM                                          > wrote:
Then please shut down all religious after school
Clubs if that's what needs to be done to keep Satan out of that building. Inviting diabolical worship into the roof of a child that has to attend that school especially inviting diabolical worshipers outside of the district into that school, does not make me feel safe to send my child there. These facilities are owned by the tax payers, and should be approved by all for its use. Bible study groups and good news clubs can attend those clubs at their church if they need to, they don't need to be in the middle school either. Change the policy or fight the law. But this is NOT safe. Saucon valley has the most school threats in the area, and this is already unsafe as it gets. You're not doing what it takes to keep our children safe. If you're not up to the task,  then we may need to reevaluate someone else for your position in the school. Is the school even doing background checks on the people running this activity out of our facility? How exactly are you assuring the safety of our children by allowing anyone in? To understand and learn our safety protocol and schedules? Are these people even legally allowed to be at or near a school? Wether a Christian, Muslim, Hindu club should all have background checks done before allowing them into the building. You're not having a teacher supervise the organization using our facility, you're not fighting the issue to avoid "discrimination" what exactly are you doing to keep our children safe? You started a war on religion in the school and in all of history war on religion is not a safe place for children. When religion has no place in school.  The Christian's will fight this, Muslims will also fight this etc. and that's not safe either. you're creating controversy in a school that should be keeping peace. I don't want my child anywhere near the religious war your started in the community. Your

school is now targeted and shut down for the day which I assume probably had something to do with this as well, and you call this keeping our children safe. Please do something about this before it becomes and even bigger issue in the community . It is your duty and responsibility to keep our children safe not just say it. A school has no place for this type of controversy. Shut down All after school activities that aren't affiliated with the school if you have to. You already shut down the ski club despite the massive parent volunteers. SHUT IT ALL DOWN if you have to. I know your hands are tied when it comes to discrimination but that doesn't mean there is nothing you can do.

▌

On Feb 21, 2023, at 10:56 PM, Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Good Evening-

We were notified by our Solicitor that we were unable to take action against this. The Supreme Court has ruled on this and if we open our facilities to other non affiliated organizations, it becomes difficult if not impossible to deny access to others, especially if we have other faith based organizations using our facilities. I am new to Saucon but it is my understanding that the District has allowed Bible Study as well as Good News Club for over 6 years. The Satan Club was contacted by a member of our community to start a club for the reason that the District allows the Good News Club.

We do not support any after school clubs by non affiliated school organizations. We do not help distribute flyers, allow them in our schools during the school day or help in any way (supervise, organize parents pick up/ drop off, etc.) No employee is supervising.

I will do whatever I can to keep the students and staff safe while upholding policy, which is also my job. I will continue to do so. I will be more than happy to discuss this in more detail with you to help walk through your concerns and questions.

Thank you,

On Tue, Feb 21, 2023 at 4:17 PM ▌ > wrote:
How exactly does this provide a safe environment for our children? What's next the after school heroin club? Is the school going to put up a fight on that one or just let it go through because of discrimination?  Who is running this organization and club? And what is the contact information? Is this supervised by a teacher?

▌

On Feb 20, 2023, at 7:52 PM, Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Check out A Message from the: https://www.smore.com/35vc8



Dear Saucon Valley Community-

The Saucon Valley School District is committed to open communication and for that reason you are receiving this letter to ensure you have accurate information regarding news from our campus.

The District has long held policies and procedures in place which allowed varied community groups to use our publicly- funded facilities outside of the school day. This is common practice among school districts around the state and the nation. Religious groups are among those the District has allowed to rent our facilities over the years. By law, the District cannot discriminate among groups wishing to use the SVSD facilities.

Consistent with the law and criteria set out in SVSD Board policy and regulations, the District has approved an organization known as the "After School Satan Club" (ASSC) to host gatherings after school hours, in the Saucon Valley Middle School. Students must have parent permission to attend any after school event hosted by any outside organization.

It is very important to note that the District does not endorse any of the groups or content affiliated with groups that host after school events on District property. It is also important to note that the ASSC is not a District approved club.

The Saucon Valley School District is committed to working to minimize any distractions this news may create while ensuring our focus remains on providing a safe and secure learning environment for our students and staff.

Respectfully,

Jaime L. Vlasaty

---

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

---

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

Thursday, February 23, 2023 at 7:11:36 AM Eastern Standard Time
To: jaime.vlasaty@svpanthers.org Jaime Vlasaty

I do certainly apologize if you feel my email came across as disrespectful in anyway. That was not my intent.
My main intent is the same as yours, the safety of our children. This organization has tried to enter 8 other districts in PA, and has been denied. I do also have a solution around the legal requirements you're required to follow. just like those other schools found.  To prevent this much controversy for our children, allowing  the controversy, we are putting them in direct danger. Our interests are aligned, our approach might be different. But I am here to help in any way I can to accomplish our common goal and keep our children safe.

On Feb 22, 2023, at 10:12 PM, Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Hellertown, PA 18055
610.838.7001

**CONFIDENTIALITY NOTICE:**
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

 Virus-free.www.avast.com

---

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                    Saturday, February 25, 2023 at 11:01:26 AM Eastern Standard Time
To: █████████████████

Good Morning-

Your email has been received.

I take full accountability for the decisions that have been made and understand the circumstances, repercussions and impacts better than anyone. Unfortunately, my family understands it as well now. I know that this is difficult for many to understand.

I respect your opinion but before judgement is made regarding my decisions, leadership or priorities, a different perspective should be considered.

Have a good weekend.

On Thu, Feb 23, 2023 at 11:08 AM█████████████████████> wrote:
Let's be honest here. Satan is already in your schools. All I needed to do was take a look at the disgusting books in your ELEMENTARY school library to dissuade me from sending my children there. Approving a Satan club simply makes it official. You can go on and on about the Supreme Court ruling, but again I say to you that yours is the first school district in all of Pennsylvania that accepted this club. Others said no and welcomed the lawsuit. They are at least attempting to do what is right. You rolled over. That's spineless.

On Wed, Feb 22, 2023 at 10:19 PM Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:
Good Morning-

I understand your concerns and questions. It is always very easy to make judgements on people when you are not aware of circumstances or practices. I would be more than happy to speak with you about these to assist in your understanding of the processes and decision making.

What I will not engage in is disrespectful and unproductive communication which despite my attempts at connecting and explaining your concerns/ questions, have resulted in you continuing this.

I will continue protecting the children and staff of the District with every means possible while upholding policy which is also my job.

On Wed, Feb 22, 2023 at 9:57 AM█████████████████████> wrote:
There is no justification for your spinelessness. What is worth going to court over if protecting the children in your care from literal evil isn't? Yours is the first school district in PA to accept this Satan club. Why didn't you join with the other districts being sued by these predatory people? You should resign and hand the district over to someone willing to do what's right.

On Tue, Feb 21, 2023, 22:40 Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:
Good Evening-

We were notified by our Solicitor that we were unable to take action against this. The Supreme Court has ruled on this and if we open our facilities to other non affiliated organizations, it becomes difficult if not impossible to deny access to others, especially if we have other faith based organizations using our facilities. I am new to Saucon but it is my understanding that the District has allowed Bible Study as well as Good News Club for over 6 years. The Satan Club was contacted by a member of our community to start a club for the reason that the District allows the Good News Club.

We do not support any after school clubs by non affiliated school organizations. We do not help distribute flyers, allow them in our schools during the school day or help in any way (supervise, organize parents pick up/ drop off, etc.)

If you have other questions or concerns, I would be happy to address them with you. I would only ask that our communication remains productive. No one is supposed to understand or know the details of how these things work or are decided, but I will be more than happy to address any questions as long as we can be respectful.

Thank you,

On Tue, Feb 21, 2023 at 8:36 PM█████████████████████> wrote:
This school district is disgusting. Thank God my wife and I elected to send our children to Catholic school.

On Mon, Feb 20, 2023 at 7:52 PM Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Check out A Message from the: https://www.smore.com/35vc8

## Re: SVSD Important Update

Thursday, February 23, 2023 at 1:57:25 PM Eastern Standard Time

To: jaime.vlasaty@svpanthers.org Jaime Vlasaty

Thank you for the updates on everything.  I understand there is protocol to follow, and you will provide a thorough update of what the threat entailed and how everything was rectified, but there is still an uneasy feeling that we have about sending our child back to school today.  Giving the option to have our children stay home with an unexcused absence is very much appreciated.

We were hoping that you would be able to provide a little more clarity in what the threat entailed, and given the increased police presence and private security presence, how sure we are that the threat is mitigated.  As a concerned parent, there is nothing more important to me than my child's safety, and we thank you for typically providing a safe environment for our children to learn and to thrive as young ladies.  This most recent scare has given us an elevated level of concern for not only the welfare of our children, but the community as a whole.

Although the decision to have an After School Satan Club is one that I personally disagree with, I understand the importance and legalities of being fair, equitable, and tolerant of all beliefs, and allowing equal access to school district facilities is what you are asked to do.  The concern I have is with this decision is that it has left a community and school district divided and clearly has garnered a negative reaction from some enough to have to close the school.  This impedes my children's ability to learn and puts them in harm's way of threats.  This seems counterproductive to what I believed the public education system to be set in place to provide a safe place for all students to learn and thrive. Can you provide any other clarity or reassurance that the school is in fact safe to return too?

I also have a few other questions I was hoping you could provide clarity to.

News articles indicate that the addition of this after school club was parent directed to ultimately help their child feel like they had a safe environment to go after school. Were there any questions asked of other parents or students to see if there was public interest in this group?

Given the clearly polorazing presence of this group, was there thought on the danger/risk that it could put the children in?

Was there a vote on this club? If so, how did the school board members vote or where could I find this information?

Is there any thought to what other groups this opens the school district up to in the future?

Also, I believe I read that this program would be held at 3:05... Who will be facilitating the after school programs, and what qualifications do they have and clearances have they passed to be allowed to facilitate the program at the school?  Does the school district verify their references and certifications before allowing them to have the program?

My concerns are two fold; the threat that happened already and the future threat posed or not posed, both by public scrutiny and increased emotional reaction, and by the after school satan club and the clearances of its members to facilitate the club before my children get out of elementary school.

Thank you for the time in reading and addressing my concerns as a parent and helping work through what seems to be an impossible situation.

On Wed, Feb 22, 2023 at 7:22 PM Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Check out A Message from the: https://www.smore.com/vxmts



--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

---

**CONFIDENTIALITY NOTICE:**
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**               Wednesday, February 22, 2023 at 9:38:42 PM Eastern Standard Time
To: ████████████████

Good Evening-

I appreciate you reaching out and your offer. The application was submitted and it was approved per our policy, which in my position, is my job to uphold. That doesn't mean however, that I am not finding a way to ensure our kids are safe and the community feels that as well. I know it is a very difficult time and many of the judgments of the District or me are because there is a lack of understanding of law, policy and regulations.

This organization does follow the Good News Club. This is why you do not see it in other Districts. We have allowed this club in since 2014. We do not want a stricter policy or one that causes more restrictions than our community desires- not allowing any organizations (Girl Scouts, Youth Sports, etc.).

I have received many emails. I appreciate you being respectful, the majority have not been that way. If I need assistance in any way, I will surely contact you. Please do not hesitate to reach out to me if you have any questions or concerns.

On Wed, Feb 22, 2023 at 6:36 AM ████████████████ > wrote:
> Good morning,
> I appreciate you getting back to me. I am sure there must be an overwhelming amount of concern through out the campus.  I have had friends in the community touch base about it as well. Asking what next? All in the name of good news? It sounds as though your hands are tied, is there anything we as a community can do to try to keep Satan literally out of our kids school?
> Thanks
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> -------- Original message --------
> From: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
> Date: 2/21/23 11:10 PM (GMT-05:00)
> To: ████████████████ >
> Subject: Re: Satan club?
>
> Good Evening-
>
> I am sorry that I was unable to return your communication today. As you can imagine, there were many emails/ calls and the day ended with more events that needed my immediate attention. Let me first start with some background.
>
> We were notified by our Solicitor that we were unable to take action against this. The Supreme Court has ruled on this and if we open our facilities to other non affiliated organizations, it becomes difficult if not impossible to deny access to others, especially if we have other faith based organizations using our facilities. I am new to Saucon but it is my understanding that the District has allowed Bible Study as well as Good News Club for over 6 years. The Satan Club was contacted by a member of our community to start a club for the reason that the District allows the Good News Club.
>
> We do not support any after school clubs by non affiliated school organizations. We do not help distribute flyers, allow them in our schools during the school day or help in any way (supervise, organize parents pick up/ drop off, etc.)
>
> I will do whatever I can to keep the students and staff safe while upholding policy, which is also my job. I will continue to do so. I will be more than happy to discuss this in more detail with you to help walk through your concerns and questions.
>
> Thank you,
>
> On Tue, Feb 21, 2023 at 10:37 AM ████████████████ > wrote:
>> Hi,
>> Im writing as a concerned parent.  I did get the letter about after school gatherings, but Satan Club seems to lack couth, and moral ethic. I dont see a Bible study on this list of activities,  or a DARE group? I'm actually a bit in awe that this campus is giving in to this type of ridiculous one sided religious behavior.  I myself am not a religious person,  but the work of evil, I would hope would be avoided in any place where children are meant to be kept safe from that very thing. . . Evil. MAybe such clubs should be held at a community center in a natural environment? Since our school is non religious?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jaime Vlasaty <jaime.vlasaty@svpanthers.org>
Date: 2/9/23 7:48 PM (GMT-05:00)
To: ████████████
Subject: SVSD IMPORTANT MESSAGE

Check out A Message from the: https://www.smore.com/57fpd



**FEBRUARY 13TH – TWO HOUR DELAY**

Dear Saucon Valley Community-

On Monday, February 13th, the Saucon Valley School District will be operating on a two hour delay to allow for a more productive day for our students, staff and their families.

Even if you are not a football fan, I hope that all Panthers can find time to spend with family and friends and enjoy an evening of celebration and relaxation.

Enjoy and stay safe panthers!

You are receiving this email because of your relationship with Saucon Valley School District. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.
Saucon Valley School District | 2097 Polk Valley Road, Hellertown, PA 18055 | 610-838-7001

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

## School closure

████████████████████████                    Wednesday, February 22, 2023 at 7:34:01 AM Eastern Standard Time
To: jaime.vlasaty@svpanthers.org jaime.vlasaty@svpanthers.org

Ms Vlasaty, I'm sure you have received numerous emails by now with regards to the current closure. I can only assume the closure is due to the previous announcement of allowing a satan after school club at an ELEMENTARY/MIDDLE school. While I understand the first amendment freedom of religion/ assembly, I am puzzled at the school allowing for a group that claims religious affiliation with "Satan", not because they believe in Satan or religion for that matter, but use the term to merely be provocative. Given these highly charged times wouldn't it have been wiser to revoke all and any "religious" groups charters rather than place the most vulnerable of our youth in harms way of a clearly foreseeable outcome? Or all group charters. Haven't our children been subjected to enough psychological strain with Covid to now deal with what I can only consider an increased risk of school violence. How many alice training and scenarios should any child have to bare? There are 5 years old in this building, including mine. My children are asking why they can't goto school, what do I tell them? Why weren't parent given a vote or a chance to weigh in prior to our children being used as collateral damage in a "religious right vs woke" war? I appreciate the spirit of the first amendment same as I do the second, I don't think the spirit of either was to put children in harms way. Why then do I feel our children unwittingly and without our consent have been put squarely on the front line of a war on both? Please I encourage the leadership team to look for other alternatives/venues and reconsider recent decisions not as a statement but for what's in the best interests of the kids and minimizing the physical and emotional burdens being placed on them. Please advise ████ Sent from my iPhone

---

**jaime.vlasaty@svpanthers.org Jaime Vlasaty**                    Wednesday, February 22, 2023 at 9:56:06 PM Eastern
Standard Time
To: ████████████████████████

Hi ████
Thank you for your email and please accept my apology for my delayed response.

As a mom of a five year old and 3 1/2 year old, I understand everything that you are saying, deeply. As a leader, I always try to make decisions as though all of these students are my own. Unfortunately, in my position, I am held to uphold policies, regulations, etc. that do not always mesh. Through that, the safety of the kids are at the forefront of everything I do.

I will do what I can moving forward to recommend the necessary changes and in the meantime work to protect the students from any unnecessary or unsafe situations. I would never fight a war or do something to prove a point and put the children in the middle of it but I do understand that the anger in the community, fear and hatred that I have received is nothing I would want any student is this district to endure.

I hope to have progress in the near future regarding this matter. Please stay in touch.

On Wed, Feb 22, 2023 at 7:34 AM ████████████████████████ > wrote:
Ms Vlasaty,
    I'm sure you have received numerous emails by now with regards to the current closure.  I can only assume the closure is due to the previous announcement of allowing a satan after school club at an ELEMENTARY/MIDDLE school.   While I understand the first amendment freedom of religion/ assembly, I am puzzled at the school allowing for a group that claims religious affiliation with "Satan", not because they believe in Satan  or religion for that matter, but use the term to merely be provocative.  Given these highly charged times wouldn't it have been wiser to revoke all and any "religious" groups charters rather than place the most vulnerable of our youth in harms way of a clearly foreseeable outcome?  Or all group charters.   Haven't our children been subjected to enough psychological strain with Covid to now deal with what I can only consider an increased risk of school violence. How many alice training and scenarios should any child have to bare?  There are 5 years old in this building, including mine.  My children are asking why they can't goto school, what do I tell them?  Why weren't parent given a vote or a chance to weigh in prior to our children being used as collateral damage in a "religious right vs woke" war?  I appreciate the spirit of the first amendment same as I do the second, I don't think the spirit of either was to put children in harms way.  Why then do I feel our children unwittingly and without our consent have been put squarely on the front line of a war on both?  Please I encourage the leadership team to look for other alternatives/venues and reconsider recent decisions not as a statement but for what's in the best interests of the kids and minimizing the physical and emotional burdens being placed on them.

Please advise



Sent from my iPhone

--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

---

████████████████                    Wednesday, February 22, 2023 at 10:10:07 PM Eastern Standard Time
To: jaime.vlasaty@svpanthers.org Jaime Vlasaty

Thank you for a response, I wasn't actually expecting one!  I know it's a difficult position and I've gone back and forth between anger and frustration and calm.   I just hope the police force is there in full effect, people are concerned with lockdowns similar to Virginia and are concerned with the limited information, including me, so please keep reassessing and reassuring everyone because I expect the offices will be swamped and the best thing to do is to minimize that so everyone can focus on the children and the anxiety this can cause. And please let us know about the March 8th date.   I have mixed emotions about sending my kids tomorrow but I am hoping it's the safest school day ever!

Breath and take care!

Sent from my iPhone

> On Feb 22, 2023, at 9:56 PM, Jaime Vlasaty <jaime.vlasaty@svpanthers.org> wrote:

Hi ████-
Thank you for your email and please accept my apology for my delayed response.

As a mom of a five year old and 3 1/2 year old, I understand everything that you are saying, deeply. As a leader, I always try to make decisions as though all of these students are my own. Unfortunately, in my position, I am held to uphold policies, regulations, etc. that do not always mesh. Through that, the safety of the kids are at the forefront of everything I do.

I will do what I can moving forward to recommend the necessary changes and in the meantime work to protect the students from any unnecessary or unsafe situations. I would never fight a war or do something to prove a point and put the children in the middle of it but I do understand that the anger in the community, fear and hatred that I have received is nothing I would want any student is this district to endure.

I hope to have progress in the near future regarding this matter. Please stay in touch.

On Wed, Feb 22, 2023 at 7:34 AM ████████████████████ > wrote:
Ms Vlasaty,
  I'm sure you have received numerous emails by now with regards to the current closure.  I can only assume the closure is due to the previous announcement of allowing a satan after school club at an ELEMENTARY/MIDDLE school.   While I understand the first amendment freedom of religion/ assembly, I am puzzled at the school allowing for a group that claims religious affiliation with "Satan", not because they believe in Satan  or religion for that matter, but use the term to merely be provocative.  Given these highly charged times wouldn't it have been wiser to revoke all and any "religious" groups charters rather than place the most vulnerable of our youth in harms way of a clearly foreseeable outcome?  Or all group charters.   Haven't our children been subjected to enough psychological strain with Covid to now deal with what I can only consider an increased risk of school violence. How many alice training and scenarios should any child have to bare?  There are 5 years old in this building, including mine.  My children are asking why they can't goto school, what do I tell them?  Why weren't parent given a vote or a chance to weigh in prior to our children being used as collateral damage in a "religious right vs woke" war?  I appreciate the spirit of the first amendment same as I do the second, I don't think the spirit of either was to put children in harms way.  Why then do I feel our children unwittingly and without our consent have been put squarely on the front line of a war on both?  Please I encourage the leadership team to look for other alternatives/venues and reconsider recent decisions not as a statement but for what's in the best interests of the kids and minimizing the physical and emotional burdens being placed on them.



---------- Forwarded message ---------
From: **Nicholas Harris** <span style="background-color:black;color:black">████████████</span>
Date: Tue, Mar 14, 2023 at 1:50 PM
Subject: Re: Discrimination in your school
To: <Jaime.Vlasaty@svpanthers.org>

If I do not receive return correspondence from you regarding this topic within a reasonable time-frame, we will consider your statements libel, slander, and hate-speech. Furthermore, your refusal to communicate will be considered confirmatory and confessionary that your support for these changes qualifies as discriminatory segregation.

Sent from my iPhone

> On Mar 10, 2023, at 12:33 PM, Nicholas Harris <span style="background-color:black;color:black">████████████████</span> wrote:
>
>
> Your organization has repeatedly implied that The Satanic Temple is the cause of violent threats

against the Temple and its cohabiters. Your campus has discriminatorily blocked a specific religion (Satanism) from using its facilities, citing a rule which the Temple did not violate, but which the Church has. This is blatantly bigoted. Let's not even consider here the fact that Satanism is peaceful and innocuous whereas Christianity has a long, documented history of genocide, enslavement, torture, and rape (including the marital rape of children.) Your organization seems, as a whole, to be blatantly invested in the removal of an entire demographic from society and existence. If you do not do something about this, every student in your school who happens to identify on some level with Satanism runs a significantly nonzero risk of committing suicide, and every drop of their blood will be on your hands. Do better, you sick fuck.


--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

---

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.


--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.