

---------- Forwarded message ---------
From: **Cleary, Tanya** <Tanya.Cleary@wnep.com>
Date: Sun, Feb 19, 2023 at 7:15 PM
Subject: WNEP Zoom Interview Request
To: Jaime.Vlasaty@svpanthers.org <Jaime.Vlasaty@svpanthers.org>


Hello-

My name is Tanya and I am a producer with WNEP. I was recently made aware your district gave the green light for an After School Satan Club at your middle school. I wanted to see if you would like to discuss it. The Temple says they will talk and I think it would be great to hear from the school and explain why it was approved. I understand  why, but I'm sure the community doesn't understand it. It would be a great chance to be heard. Let me know what you think. I was hoping for Tuesday since tomorrow is a holiday.

Thank you,
Tanya


--
Respectfully,

Jaime L. Vlasaty
Superintendent
Saucon Valley School District
2097 Polk Valley Road
Hellertown, PA 18055
610.838.7001