

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA 19422-3001
Tel 610.397.6500  Fax 610.397.0450
WWW.FOXROTHSCHILD.COM

MARK W. FITZGERALD
Direct No: 610.397.7981
Email: MFitzgerald@FoxRothschild.com

April 26, 2023

**VIA ECF**

The Hon. John M. Gallagher, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
Edward N. Cahn Courthouse & Federal Bldg.
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

      Re:    **The Satanic Temple, Inc. v. Saucon Valley School District**
              **Docket No. 5:23-cv-01244-JMG**

Dear Judge Gallagher:

    Please be advised that consistent with Superintendent Jaime Vlasaty's testimony at the April 20, 2023 hearing, the Saucon Valley School Board approved revised versions of Policy 707, the Rules and Regulations that accompany Policy 707, and Policy 913. As the Board made additional editorial changes to these documents at last night's meeting, we have not yet received the finalized copies of the revised policies and rules and regulations. We intend to file all three documents with the Court as soon as we receive them, which we expect will be later this morning.

    Thank you, again, for your continued attention to this matter.

Respectfully submitted,

Mark W. Fitzgerald

Cc:    All counsel of record (via ECF and electronic mail)

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Massachusetts  Minnesota  Missouri
Nevada  New Jersey  New York  North Carolina  Oklahoma  Pennsylvania  South Carolina  Texas  Washington