

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA 19422-3001
Tel 610.397.6500 Fax 610.397.0450
WWW.FOXROTHSCHILD.COM

MARK W. FITZGERALD
Direct No: 610.397.7981
Email: MFitzgerald@FoxRothschild.com

April 26, 2023

**VIA ECF**

The Hon. John M. Gallagher, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
Edward N. Cahn Courthouse & Federal Bldg.
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

> **Re:**  **The Satanic Temple, Inc. v. Saucon Valley School District**
> **Docket No. 5:23-cv-01244-JMG**

Dear Judge Gallagher:

Attached please find the final revised versions of Policy 707, the Rules and Regulations that accompany Policy 707, and Policy 913.

Thank you, again, for your continued attention to this matter.

Respectfully submitted,

Mark W. Fitzgerald

Attachments

Cc:    All counsel of record (via ECF and electronic mail)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington