*Saucon Valley School District*

## Policy

Title – 707 Use of School Facilities

Section – Community

Adopted – May 8, 2007

Revised – April 25, 2023

## Content

### Purpose

School facilities of this District should be made available for community purposes, provided that such use does not interfere with the educational program of the schools. This policy only addresses the use of District property and facilities by non-school sponsored entities and individuals.  This policy does not address the use of facilities by school-sponsored extracurricular and co-curricular clubs and activities and school sponsored athletic activities.

### Authority

It is the policy of the Board of School Directors of the Saucon Valley School District to make available the facilities of the District to organizations, associations, and individuals of the community for civic, cultural, educational, and recreational activities when the scheduling of these activities does not interfere with the educational program of the District.

The Saucon Valley School District does not discriminate on the basis of race, color, national origin, sex, disability, religion, or age in making available the facilities of the District. The Administration shall post a "Notice of Non-Discrimination" and make the notice available as required by law.  All activities hosted by Group I and II entities, as defined below, must adhere to and observe the District's non-discrimination policies.

Requests from organizations outside the District will be given consideration.

Definitions

Group I- Board approved, school district sponsored extracurricular, cocurricular and athletic activities

Group II- school affiliated organizations, as defined in Policy 915

Group III – non-profit, school age athletic leagues, with 100% of participants in Saucon

Valley School District

Group IV - non-profit civic, service, or athletic organizations offering educational, cultural, or recreational enrichment activities for District students

Group V- all other organizations and individuals permitted to use District facilities

<u>Delegation of Responsibility</u>
The Administration is charged with the responsibility of reviewing each request for use of facilities and, if all requirements are met, scheduling the use of the facilities. The facilities use schedule shall be posted on the District web page.

Requests which fail to qualify for inclusion under the guidelines will be directed to the Board of School Directors for consideration.

The Board reserves the right to deny permission to use Saucon Valley District facilities when it deems this action to be in the best interests of the District.

Fee charges will be determined by the nature of the use and group number of the entity making the request. Rules and Regulations for the use of school buildings and facilities will be provided to the organizations requesting the use of the facilities.

<u>Guidelines</u>
The Rental Fee Schedule for use of school facilities will be reviewed and approved annually and included as part of the Rules and Regulations.

Classifications of eligible organizations using school facilities are defined as Group I, Group II, Group III, Group IV, and Group V.

<u>Application Process</u>

An individual or community group that falls into Group II, Group III, Group IV, and Group V requesting permission to use school buildings, facilities or school property must submit a written request on the prescribed application in advance of the proposed date to the Superintendent or designee.

The application must specify the portion of the school facilities requested for use; proposed activities; number of individuals participating; and the date, time, and duration of the proposed event(s). All requests shall be for a specific date or dates, not for an undefined time period.

Along with the completed application, the individual or group must submit the following:

1. Evidence of organizational liability to limits required by District guidelines.
2. Documentation evidencing the District shall be held harmless by the user for any liability that arises from use of school facilities by the individual or group.

Application Evaluation

No application to use school facilities shall be approved if the proposed activity would result in any of the following:

1. Conflict with any school-sponsored/Group I activity.
2. Access to school facilities closed due to renovations, maintenance, cleaning, the school calendar, or Board action.
3. Access to school facilities containing equipment or furnishings which would be detrimental to the operation of a District program if damaged or operated by an unqualified operator.
4. The proposed use would prevent or encumber District personnel from preparing school facilities for their primary purpose, because of the nature or duration of the activity.

Limitations

When individuals and community groups receive written permission to use school facilities under this policy, such use shall be conditioned upon strict compliance with the following:

1. Individuals shall not use, access, or enter upon any portions of the school facilities or their contents not specified in the approved written request form.

2. Individuals shall refrain from any conduct or activities not specifically identified in the approved written request form.

3. When advertising or promoting activities held at school facilities, individuals and entities in Group III, IV, and V shall clearly and prominently communicate that the activities are not being sponsored by the District by including such language in all advertisements and proposal material: "This event/activity is not approved or sponsored by the Saucon Valley School District or its Board of Directors."  Notices and promotional materials may not use the terms "Saucon Valley" or "SVSD" or any derivative and when describing the location of the event may only reference the street address and room number, when applicable.

4. School equipment used in conjunction with requested facilities shall be identified when the application is submitted. Users of school equipment must accept liability for any damage to or loss of equipment that occurs while in their use. Where rules so specify, no equipment may be used except by a qualified operator, provided by the school.

5. The proposed use by an entity in Group II, III, IV, or V shall commence no earlier than 6:00 p.m. on a school day.

The District may require police supervision for traffic or safety control when anticipated attendance will exceed 200 people.  The District, in consultation with law enforcement,

may require additional security measures if appropriate.  The District shall have sole discretion to determine whether to ~~impose~~ require additional security measures.

Prohibited Activities

Everyone using school facilities must adhere to Saucon Valley School District policies and regulations. All civil infractions will be referred to local law enforcement agencies, i.e., illegal parking, vandalism, use of obscene language, etc.

The following activities are strictly prohibited in school facilities when individuals and community groups are granted written permission to use said school facilities:

1. Possession, use or distribution of illegal drugs and/or alcoholic beverages.
2. Possession of weapons.
3. Conduct that would alter, damage or be injurious to any District property, equipment, or furnishings.
4. Conduct that would constitute a violation of the Pennsylvania Crimes Code, and/or state and federal laws and regulations.
5. Gambling, games of chance, lotteries, raffles, or other activities requiring a license under the Local Option Small Games of Chance Act, unless such activity has been expressly authorized by the Board or administration.
6. Use of tobacco/vaping products.

Violations
The District reserves the right to remove from District premises or revoke any previously granted permission to use school facilities from any individual or community group who fails to comply with the terms and conditions of ~~this~~ all policy and established procedures.

In the event an individual or community group violates this policy or the terms under which permission was granted to use school facilities, that individual or community group forfeits the right to submit future written requests to use District property, unless otherwise decided by the Board.

Fee Schedule
Use of school facilities for activities directly related to the educational program and District operations shall be without cost to users, except that the user shall be responsible for extra custodial fees and any fees associated with traffic, safety control, or additional security measures required by the District pursuant to this policy and all established procedures.

Special Rules And Regulations
*Opening of Buildings* – The building and facility will not be opened until the person responsible for the activity is present.

*Spectators* –
    1. Practices or Rehearsals – Parents/Guardians of participants and their children are

   permitted during practices or rehearsals.
2. Meets or Performance – Adults and children under eighteen (18) accompanied by an adult are permitted at meets or performances. Children under eighteen (18) will only be permitted without being accompanied by an adult ONLY if the organization using the facilities provides adequate supervision.

*Compensation of School Personnel* – Organizations using school facilities shall make all payments directly to the District. No reimbursement directly to the employee is permitted. Tips also are not permitted.

*Cancellations* – Cancellation of scheduled use of school facilities must be reported to the Business Administrator preferably at least seven (7) days in advance. This advance notification is required for notification of custodians or others designated to supervise the use of the facility and to release the facility for another group which may desire to use it. If the cancellation is not cleared with the Business Administrator in time to permit proper notification of school personnel engaged for the activity, the organization will be required to pay all costs involved.