# RULES AND REGULATIONS
# FOR THE USE OF
# SCHOOL BUILDINGS, FACILITIES, AND EQUIPMENT

It is the policy of the Board of Directors of the Saucon Valley School District (Policy 707) to make available the facilities of the school district to responsible organizations, associations, and individuals of the community for civic, cultural, educational, and recreational activities, when the scheduling of these activities does not interfere with the educational program of the district.

Representatives of organizations requesting the use of school buildings and facilities are required to satisfy administration that they are responsible persons and officially represent responsible organizations. They must guarantee orderly behavior and, through the signing of an agreement form, indicate their willingness to abide by the Board's rules and regulations. The primary responsibility for the proper use of buildings and facilities within these administrative regulations rests upon the individual who signs the agreement form.

The Board of School Directors will be notified monthly of the facilities scheduled use.

<u>ELIGIBILITY</u>

*Classifications of Eligible Organizations Using School Facilities*

Classes, groups, or organizations are permitted to use school facilities.
A list of charges by classes of users is included as Attachment A to these administrative regulations. These charges are listed in this manner to facilitate changes as needed from time to time as the cost of salaries and utilities change.

Group I- Board-approved, school district sponsored extracurricular, co-curricular, and athletic activities

Group II- school affiliated organizations, as defined in Policy 915

Group III – non-profit, school age athletic leagues, with 100% of participants in Saucon Valley School District

Group IV - non-profit civic, service, or athletic organizations offering educational, cultural, or recreational enrichment activities for district students

Group V- all other organizations and individuals permitted to use district facilities

## AVAILABILITY

1. All applications for fields, grounds and facilities are dependent upon the availability of the facilities. School-sponsored activities (Group I) shall always have first priority for the use of District facilities. Priority for other activities shall be as follows:
   a. Group II
   b. Group III
   c. Group IV
   d. Group V
2. Group I
   a. Advisors and coaches of each activity shall provide the Facilities with a list of all regularly scheduled after-hour activities for the school year as well as a monthly list of all non-recurrent events by the first day of the school year.
3. Group II
   a. The person in charge shall provide the Facilities Office with a list of all scheduled meeting dates at least two weeks in advance of the first meeting.
   b. All other activities requiring facility use must have a Facility Use Application completed following the reservation schedule listed below.
4. Approved non-school groups will be assigned space according to the order of receipt of application. School facilities normally will not be available on Sundays or during holiday breaks for any school group unless previously approved by the Superintendent or designee.
5. During summer months, the District reserves the right to close its facilities for a period of time for rental for all groups. An announcement will be made by March 1st of each school year.

## APPLICATION FOR USE

1. Applications for the use of school field, grounds and facilities must be completed on forms provided for that purpose and submitted electronically to facilities.calendar@svpanthers.org.
2. Applications will accept facility applications as follows:
   a. Fall Activities (August-October): Reservations open May 1
   b. Winter Activities (November-February): Reservations open August 1
   c. Spring Activities (March-May): Reservations open December 1
   d. Summer Activities (June-July): Reservations open March 1

   **\*\*\*Failure to adhere to this timeline may result in the application not being considered. Exceptions will be made for those applying for the remainder of the 2022- 23 school year.**

3. If the fields, grounds or facilities are to be used by Group II, the application shall be made in the name of the organization and signed by an officer or authorized representative thereof.
4. Group III, IV and V applications must be signed by at least one "Responsible Person". All "Responsible Persons" must be a District resident.
5. The "Responsible Person" who signs the application is responsible for assuring that all policies, rules and regulations of the Saucon Valley School District will be properly implemented.
6. A "Responsible Person" is to be present at all activities held on District property for the duration of the events.
7. The use of the facilities shall be limited to the specific hours stated on the approved application.
8. Custodians or any other school employee will not be responsible to enforce the regulations of the School District. If infractions of the rules and regulations are reported, the use of the school facilities will be immediately denied until a satisfactory understanding can be reached regarding future use.
9. Applicants holding regular meetings, practices or sessions throughout the year need file only one application at the beginning of each school year.
10. <u>Special events </u>for the purpose of raising funds by such applicants must be covered by separate applications whenever they occur.
11. The permission extended to any applicant to use the school fields, grounds and facilities within any school year shall expire automatically at the end of that school year (June 30).
12. The Superintendent or designee has the authority to withhold or revoke permission if, in their judgment, proper use is not being made of school fields, grounds and/or facilities.

<u>TIME OF USE</u>

1. When school is in session, school buildings ordinarily will be available only between the hours of **6:00 pm and 10:00 pm** Monday through Friday. Other times must be approved by special arrangement with the Superintendent or designee.
2. Buildings will be opened 30 minutes before the scheduled time of the program and closed 30 minutes after the scheduled end of the program unless other prior arrangements have been made, subject to the established fees.
3. The building and facility will not be opened until the person responsible for the activity is present.
4. The "Responsible Person" is to be present during the time the fields, grounds and facilities are being used.

GENERAL CONDITIONS

1. *Inclement Weather* - Groups II, III, IV, and V will not be permitted to use school facilities when schools are closed due to inclement weather.
2. *Drugs and Alcohol* - Intoxicating beverages or narcotics are prohibited on all school properties and at all sponsored activities. Any person in possession of or under the influence of alcohol or narcotics will not be permitted to remain on the school property, and will be referred to local law enforcement agencies.
3. *Smoking/Use of Tobacco Products* - Smoking and the use of tobacco products is prohibited on all school premises and at all sponsored activities.
4. Indecent Language - Profane, obscene, and indecent language is prohibited at all times.
5. *Area Restriction* - It is required that the members of the organization using school facilities and spectators when involved in the activity use ONLY the areas for which approval is given. It is the responsibility of the person signing the application to see that this regulation is carefully followed.
6. *Responsibility for Damage to Facilities* - The organization assumes full responsibility for any and all damages to buildings, facilities, or equipment resulting from its use thereof.
7. *Custodial Care of Facilities* - Generally, there must be one or more custodians on duty at all times when school facilities, including the football field, are in use. Buildings and equipment must be left in a clean and orderly fashion. The custodian is to report any known violations of the rules and regulations regarding use of school facilities to District Administration.
8. *Decorations* - Decorations or signs by non-school groups are permitted on school building walls only with the approval of the school building principal. All decorations must be removed from the building by 7:00 AM the following day.
9. Facilities may not be filled beyond rated capacity.
10. Sponsors or supervisors of an activity must be present at the start and must remain on the premises until all participants have left the facility.
11. The administrator responsible for approving applications, may impose such additional reasonable restrictions or conditions as he/she shall determine according to the nature of the proposed use as set forth on the application.
12. School buildings shall not be used for parties or celebrations that are essentially private in nature. This exclusion includes birthday, anniversary and other similar parties. School furniture must be covered when doing craftwork. No permanent markers are permitted.
13. There shall be no signs, banners, pennants, etc. placed in or on school buildings or on school grounds by any group except those associated with activities sponsored by the school or school connected organizations. Activities carried on in the schools by the Northampton County Department of Elections shall be free of this restriction on Election Day.
14. Arrangements for the sale or serving of refreshments within a building must be made at the time of application for facility usage.

15. All fire regulations must be adhered to without exception.
16. All applications must be signed by a responsible Saucon Valley School District resident who is at least 18 years of age.
17. The District or its agents reserve the right to cancel any fields, grounds and facilities usage permit when the interests of the district require cancellation.
18. Each applicant for fields, grounds and facilities usage shall receive a copy of these rules at the time of application.

SPECIAL RULES AND REGULATIONS

1. *Spectators*
    a. Practices or Rehearsals – parents or guardians of participants and their children are permitted during practices or rehearsals. No other persons are permitted. All are restricted to areas essential to the function.
    b. Meets or Performances – Adults and children under eighteen accompanied by an adult are permitted at meets or performances. Children under eighteen will be permitted without being accompanied by an adult ONLY if the organization using the facilities provides adequate supervision.
2. *District Equipment* - Organizations requesting use of District equipment shall include the specific equipment and details on the application. Special equipment, such as a sound system, and stage lighting, must be operated by District personnel. The organization will be responsible for any required compensation of District personnel.
3. *Compensation of District Personnel* – Organizations using District facilities shall make all payments directly to Saucon Valley School District. No reimbursement directly to an employee is permitted. Tips also are not permitted.
4. *Insurance* – Each organization using District facilities will be required to furnish a certificate of insurance with minimum coverage providing not less than $1,000,000 limit per occurrence for bodily injury and/or property damage liability. The organization will provide a certificate of insurance naming Saucon Valley School as additional insured.
5. Applicant agrees to assume all responsibility for damage claims or liability of any kind arising out of or by reason of applicant's use of the school fields, grounds and facilities and further agrees to save and hold the school district harmless from any claims, liability, expense or costs in connection with use of the school fields, grounds and facilities including the cost of defending any such claims.
6. *Cancellations* - Cancellation of scheduled use of District facilities must be reported to the Facilities Office at least seven days in advance. This advance notification is required for notification of custodians or others designated to supervise the use of the facility and to release the facility for use by another group. If the cancellation is not cleared with the Facilities Office in time to permit proper notification of school personnel engaged for the activity, the organization will be required to pay all costs involved.
7. *Damages, Theft, Destruction*- The applicant will be responsible for all thefts of school property, damage thereto or destruction thereof, and shall upon demand, reimburse the

school district for such thefts, damage or destruction. Reimbursements will be based on replacement cost.

FEES AND SERVICES RENDERED

1. Custodial or other responsible personnel MUST be on duty to care for the fields, grounds or facilities or those using them. Charges shall be assessed based upon the cost of the custodian's service to the district. The required presence of a custodian shall be determined by the Superintendent or ] designee and shall be noted on the application for fields, grounds and facilities permit. **A custodial fee will be charged to all applicants In Group IV and V**.
2. All charges for custodial service or stage crew service shall be assessed to the applicant or individual organization.

*a.* These services include unlocking the building; turning on hall, house, exit outside lights, etc.; unlocking exit doors for the area being used and making certain that they are free of obstructions and that police and fire regulations are met; setting up chairs; and, after the meeting, normal cleaning and arranging the room(s) for regular school use. Groups are required to assist the custodian in cleaning/arranging beyond the normal cleaning and arranging of room(s) when returning the area to its original state.

ATHLETIC FACILITIES

1. Athletic Facilities may only be used for their intended purpose. At no time should activities take place on playing/practice surfaces that do not adhere to normal activities of the sport.

2. At no time may balls be thrown, hit, or kicked into fencing or other items that can be permanently damaged. Baseball and Softball batting practice may be taken in batting cages.

3. If fields are not in playable condition due to weather, games must be postponed. Organizations in Groups II-V may not attempt to work on fields to create a playable surface or add drying agents to any fields. Events may also be postponed if excessively dry conditions may damage fields due to use.

4. Repetitive drills that may damage grass areas may not be done on game fields and shall be rotated on different areas of practice fields. During gymnasium usage, floors must be protected from damage/scratching at all times. This may require the use of mats or tarps pending the activity.

5. All athletic facilities must be left in the way they were found, including but not limited to:

   a. Filling holes on the baseball/softball fields around home plate, pitchers mound, bullpens, and bases. Always raking away from the grass, never toward grass edges.
   b. Replacing any moved equipment such as benches or goals
   c. Cleaning up any garbage, bottles, or decorations
   d. Checking locker rooms and any auxiliary areas that may have been used
   e. Cleaning and disinfecting wrestling mats

6. Any damage or misuse must be reported to the School District immediately.

SPECIFIC FACILITIES

1. Auditorium
   a. Requests for use of stage facilities, lighting, and installation of scenery shall be clearly indicated on the application for use of facilities.
   b. Use of the auditorium sound and lighting systems must be requested and coordinated through the Facilities Office.
   c. A technician will be designated by the district to operate the sound and lighting systems for all functions in the High School Auditorium.
   d. Organizations using the auditorium are responsible for any damage to seating or other equipment.
   e. Equipment, costumes, or clothing belonging to the organization must be removed from the school property by 7:00 AM the following school day.
2. Classrooms
   a. The use of classrooms is **_not_** permitted by anyone other than the teacher of the classroom, other than Group I advisors when applicable.

3. Swimming Pool

   a. All pool regulations must be followed and a minimum of one lifeguard must be on duty when the pool is in use.
   b. Coordination with the Saucon Valley Recreational Swim Program will be provided by the Facilities Office.
   c. The organization will be responsible for the cost of the lifeguard, if not under the auspices of the Saucon Valley Recreational Swim Program.

4. Restrooms

   a. All rest rooms within the leased area shall be accessible to authorized users of facilities and shall remain open and available. Users are responsible for any vandalism that may occur.

5. Outdoor Facilities

    a. May be reserved for a period no longer than the normal sport season of the proposed activity. No equipment other than that required for conducting the sport can be moved on fields without special permission.

6. Stadium Lights

    a. The use of the stadium lights will be charged at an hourly rate for the use, based on current PPL rates, unless waived.

SECURITY

1. Groups III, IV and V will be charged a security fee based on the rate for the school year the date of the event takes place.

2. When the District determines that additional police supervision or other security measures, including, but not limited to private security guards, are required at any event, the District will inform the requesting user to contract for services accordingly and the user will be billed for all additional costs. Usually, any event with more than two hundred (200) participants will require Police Supervision or other security measures. The District shall, in its sole discretion, determine whether police supervision or other security measures are required. Notwithstanding the foregoing, the requesting user is ultimately responsible for the safety and security of attendees at an event, and the District's decision not to require police supervision or other security measures does not shift any liability for injuries, damages, claims, or lawsuits from the requesting user to the District.

3. Special events in the stadiums, gymnasiums or auditoriums must have adequate provision to properly handle anticipated crowds. Police protection is a requirement for certain kinds of events. The district reserves the right to stipulate police presence as a condition of facility use permission. When determined by the Superintendent or designee that police protection is warranted, the cost for such services must be assumed by the applicant's sponsoring organization.

PARKING ON SCHOOL PROPERTY

1. Traffic/Parking - Organizations using campus facilities are required to provide adequate supervision to assure that automobiles or trucks are not parked on sod areas, play areas, or in restricted areas which could constitute a hazard in case of an emergency. Organizations using the facilities shall obey and ensure the enforcement of school district traffic and parking policies.

Policy 707 AR2 –Facilities Use Fee Schedule

# SAUCON VALLEY SCHOOL DISTRICT FACILITY USE FEE SCHEDULE

Group I- Board-approved, school district sponsored extracurricular, co-curricular, and athletic activities
Group II- school affiliated organizations, as defined in Policy 915
Group III- non-profit, school age athletic leagues, with 100% of participants residing in Saucon Valley School District
Group IV - non-profit civic, service, or athletic organizations offering educational, cultural, or recreational enrichment activities for district students
Group V- all other organizations and individuals permitted to use district facilities

- **Rates listed are per/ hr and does not include custodial or security**

| ELEMENTARY – MIDDLE SCHOOL AREAS: | GROUP I | GROUP II | GROUP III | GROUP IV | GROUP V |
|---|---|---|---|---|---|
| Elementary Multi-Purpose/Cafeteria | No charge | No charge | No charge | $5 | $100 |
| Middle School Multi-Purpose /Cafeteria | No charge | No charge | No charge | $50 | $100 |
| Elementary/Middle School Stage | No charge | No charge | No charge | $25 | $50 |
| Gymnasium – Elementary | No charge | No charge | No charge | $50 | $100 |
| Gymnasium – Middle School | No charge | No charge | No charge | $50 | $100 |
| Large Group Instruction Room | No charge | No charge | No charge | $5 | $50 |
| Library | No charge | No charge | No charge | $25 | $50 |
| Parking Lot | No charge | No charge | No charge | $5 | $20 |
| Lobby | No charge | No charge | No charge | $50 | $75 |
| Courtyard | No charge | No charge | No charge | $50 | $75 |

| HIGH SCHOOL AREAS: | GROUP I | GROUP II | GROUP III | GROUP IV | GROUP V |
|---|---|---|---|---|---|
| High School Cafeteria | No charge | No charge | No charge | $50 | $100 |
| High School Auditorium | No charge | No charge | No charge | $100 | $200 |
| Auditorium with Balconies | No charge | No charge | No charge | $150 | $200 |
| Sound System Equipment Use Sound/Lighting Technician Required | No charge | No charge | No charge | $45 | $45 |
| Sound/Lighting Technician (Mic/Basic Use) | No charge | No charge | No charge | $45 | $45 |
| Sound/Lighting Technician for Productions/Dance Recitals (min. 2 Techs) | No charge | No charge | No charge | $45 | $45 |
| Auditorium – Rehearsal Sessions (No Public) | No charge | No charge | No charge | $100 | $200 |
| High School Gymnasium | No charge | No charge | No charge | $200 | $300 |
| Gymnasium – Practice Sessions | No charge | No charge | No charge | $50 | $75 |
| High School Pool | No charge | No charge | No charge | $25 | $50 |
| Swimming Timing System | No charge | No charge | No charge | $25 | $50 |
| Large Group Instruction | No charge | No charge | No charge | $5 | $50 |
| Library | No charge | No charge | No charge | $25 | $50 |
| Locker Rooms | No charge | No charge | No charge | $25 | $50 |
| Parking Lot | No charge | No charge | No charge | $5 | $20 |
| Lobby | No charge | No charge | +No charge | $50 | $75 |
| Courtyard | No charge | No charge | No charge | $50 | $75 |

| CAMPUS FIELDS: | GROUP I | GROUP II | GROUP III | GROUP IV | GROUP V |
|---|---|---|---|---|---|
| Practice Fields | No charge | No charge | No charge | $25 | $50 |
| Games Fields (Soccer, Field Hockey, Baseball, Softball) No Preparation | No charge | No charge | No charge | $50 | $75 |
| Games Fields (Soccer, Field Hockey, Baseball, Softball) Prepared/Lined for Game (Labor included) | No charge | No charge | No charge | $25 | $50 |
| Stadium | No charge | No charge | No charge | $150 | $200 |
| Stadium Lights | No charge | No charge | No charge | PPL Rate | PPL Rate |
| Tennis Courts | No charge | No charge | No charge | $10 | $10 |

The charges listed on this Fee Schedule are base rates and do not include the cost of any school district personnel for example, custodians, maintenance, security, or stage workers.

Groups I-III users are not charged to use our facilities but <u>may</u> ~~will~~ be billed separately for any school district personnel costs that are incurred, for example, custodians, maintenance, security, cafeteria workers or stage workers.

If excessive and/or unexpected custodial services are required, those charges will be billed directly to the user.