*Saucon Valley School District*

## Policy

Title – 913 Non-School Organizations/Groups/ Individuals

Section – Community

Adopted – August 14, 207

Revised – April 25, 2023

## Content

The Board recognizes that non-school organizations, groups, and individuals may wish to utilize the district as a means to engage the school community in activities. The Board directs that requests for such utilization from non-school organizations, groups, or individuals shall be governed by this policy.

Activities that are integrated with or presented as a part of the district's curriculum, an approved school event, or student organization are approved and governed by Board policies related to curriculum and student activities, and are not governed by this policy, even if coordinated with non-school organizations.

It is the policy of the Board that district facilities be used in accordance with the guidelines established in Board policy and applicable law.

The Superintendent or designee shall develop administrative regulations to implement this policy.

<u>Guidelines</u>
The district's primary responsibility shall be to maintain a safe and orderly school environment and to protect the rights of all members of the school community.

The Board prohibits dissemination of materials by non-school organizations, groups, or individuals in Group III, Group IV, and Group V during instructional time, on school property on school days, at school-

sponsored activities occurring on or off of school property, or directly to students through facilitation by the District. The district will not disseminate materials from non- school organizations in Group III, Group IV, and Group V. This prohibition against dissemination of non-school materials by entities in Group III, Group IV, or Group V does not apply to events held on school property by entities in Group II.

The Board directs that the review and consideration of the use of school district facilities by non-school organizations requested under this policy shall not discriminate on the basis of viewpoint.

<u>Definitions</u>

Non-school organizations, groups, or individuals shall mean those entities in Group III, Group IV, and Group V, as defined below. When employees or Board members act on behalf of a non-school organization or group, or on their own behalf, this policy applies to them. Students are governed by a separate and distinct Board policy regarding student expression and distribution and posting of materials.

Group I- Board-approved, school district sponsored extracurricular, co-curricular, and athletic activities

Group II- school affiliated organizations, as defined in Policy 915

Group III – non-profit, school age athletic leagues, with 100% of participants in Saucon Valley School District

Group IV - non-profit civic, service, or athletic organizations offering educational, cultural, or recreational enrichment activities for district students

Group V- all other organizations and individuals permitted to use district facilities

Non-school materials shall mean any printed, technological, tangible, digital, or written materials, regardless of form, source, or authorship, that are prepared by an entity in Group III, Group IV, or Group V.

Prohibited activities shall mean activities that:
1. Violate federal, state or local laws, Board policy or district rules or regulations.
2. Are libelous, defamatory, obscene, lewd, vulgar, or profane.
3. Advocate for the use or advertise the availability of any substance or material that may reasonably be believed to constitute a direct and serious danger to the health or welfare of students, such as tobacco/vaping products, alcohol, or illegal drugs.
4. Incite violence, advocate use of force or threaten serious harm to the school or community.
5. Materially or substantially disrupt or interfere with the educational process, such as school activities, school work, discipline, or safety and order on school property or at school functions.

6. Interfere with, or advocate interference with, the rights of any individual or the safe and orderly operation of the schools and their programs.

7. Primarily promote commercial enterprises.

8. Promote or express an opinion on a political party, candidate, or ballot measure.

9. Violate written district administrative regulations or procedures on time, place and manner for posting and distribution of otherwise protected expression.

Non-school Activities
Activities sponsored by non-school organizations, groups, or individuals shall not occur during instructional time or school-sponsored activities.

Requests by non-school organizations, groups, or individuals to use district facilities shall comply with Board policy and administrative regulations.

Community Activities Involving Students
The Board recognizes the social and educational values that may be derived from student participation in various activities sponsored by community organizations but specifies that unreasonable demands on the time and energies of students and staff be prevented.

Requests for student participation in community-sponsored activities must be made in writing to the Superintendent or designee.

The school schedule may not be interrupted unless the majority of students involved benefit from participation.

Participating students may not leave the school district unless the Board policy for field trips has been followed or the Board has granted special permission.

Fundraising

Fundraising by non-school organizations, groups, or individuals is prohibited on school property or in the name of the school.

Any staff member wishing to solicit funds on school property or in the name of the school district must receive permission from the Board.

Funds solicited for special purposes are not to be commingled with regular or special accounts of the district.

This policy does not apply to fundraising for district-sponsored or school affiliated organization activities.

Staff members shall not release the names, addresses, or telephone numbers of students or staff members to any outside individual or agency for fundraising purposes.

Scholarships/Awards

The Board is appreciative of the generosity of organizations that offer scholarships or awards to deserving students; but, in accepting such offers, the Board directs that established guidelines be observed.

No information, either academic or personal, shall be released from a student's record for the purpose of selecting a scholarship or award winner without the permission of the student who is eighteen (18), or the parents/guardians of a student who is younger, in accordance with the Board's policy on student records.

The type of scholarship or award, and any pertinent restrictions, shall be approved by the Board.

All pertinent information regarding the proposed scholarship or award shall be submitted for review by the Superintendent or designee prior to the date on which it is to be presented.

The building principal, together with a committee of staff members designated by the principal, shall be involved in the selection of the recipient of an award or scholarship.

Travel Services/Foreign Trips
Solicitation and sale of travel services for foreign trips to students may be permitted with the approval of the Board.

Sellers of travel services to students must meet the following criteria:
1. Belong to an association of certified sellers of travel.
2. Provide proof of insurance.
3. Submit references.
4. Provide proof of a performance bond.
5. Include in all information provided to students and parents/guardians that use of tobacco/nicotine, alcohol, and controlled substances will be prohibited.
6. Include in all information provided to students and parents/guardians that the activity is not a school-sponsored event