IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| THE SATANIC TEMPLE, INC., : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:23-cv-01244-JMG |
| : | |
| SAUCON VALLEY SCHOOL DISTRICT, : | |
| Defendant. : | |

_____

### ORDER

**AND NOW**, this 27th day of April, 2023, upon consideration of the Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 19) of Plaintiff, The Satanic Temple, Inc., the Response in Opposition (ECF No. 27) of Defendant, Saucon Valley School District, and the testimony and exhibits introduced at the April 20, 2023 oral argument, **IT IS HEREBY ORDERED THAT** that the parties shall submit supplemental briefing to the Court by **no later than 12:00 P.M. Friday, April 28, 2023**, addressing the following issue:

Whether Defendant's purported basis for rescinding approval for Plaintiff to rent District facilities satisfies the "substantial disruption" test as articulated in *Tinker v. Des Moines Indep. Cmty. Sch. Dist.*, 393 U.S. 503 (1969) and its progeny. In their briefing, the parties should address whether the holding in *Dariano v. Morgan Hill Unified Sch. Dist.*, 767 F.3d 764 (9th Cir. 2014) is applicable to the instant action.

BY THE COURT:

_/s/ John M. Gallagher_
JOHN M. GALLAGHER
United States District Court Judge