IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SATANIC TEMPLE, INC., <br>     Plaintiff, <br><br> v. <br><br> SAUCON VALLEY SCHOOL DISTRICT, <br>     Defendant. | : <br> : <br> : <br> :     Civil No. 5:23-cv-01244-JMG <br> : <br> : <br> : |

**ORDER**

**AND NOW**, this 1st day of May, 2023, upon consideration of the Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 19) of Plaintiff, The Satanic Temple, Inc., the Response in Opposition (ECF No. 27) of Defendant, Saucon Valley School District, the arguments, testimony, and exhibits (ECF Nos. 28, 32) presented at the April 20, 2023 oral argument, and the parties' supplemental briefing and letters (ECF Nos. 30, 31, 33, 34, 36, 37) **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

    1.    Plaintiff's Motion to require Defendant to permit the After School Satan Club to meet at the times and on the days previously approved by Defendant is **GRANTED**. Defendant is **ORDERED** to permit the After School Satan Club to meet on the three dates and at the location previously stipulated to by the parties at ECF No. 23. The meetings shall otherwise be subject to the conditions upon which the parties agreed when Defendant approved Plaintiff's application to hold After School Satan Club meetings on February 16, 2023.

    2.    Plaintiff's Motion to require Defendant to distribute After School Satan Club permission slips for students to take home is **DENIED**.

BY THE COURT:

    /s/ John M. Gallagher
JOHN M. GALLAGHER
United States District Court Judge