# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| THE SATANIC TEMPLE, INC., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 5:23-cv-01244 |
| | : | |
| v. | : | |
| | : | |
| SAUCON VALLEY SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Subject the Court's approval, the Parties have conferred and have agreed to an extension of time for Defendant, the Saucon Valley School District ("District"), to answer or otherwise respond to Plaintiff, the Satanic Temple's ("TST"), complaint and state as follows:

1.      The TST's complaint was filed on March 30, 2023. (ECF No. 1).

2.       On April 11, 2023, Richard T. Ting, Esquire, counsel for TST, filed a waiver of the service of summons, signed by Mark F. Fitzgerald, Esquire, counsel for the District, which stated that the District would file and serve an answer or a motion under Rule 12 within 60 days from April 10, 2023, making the District's answer or motion in response to the complaint due no later than June 9, 2023. (ECF No. 25).

3.      Because the Parties are negotiating a potential resolution to this matter, they have agreed to extend the deadline for the District to answer or otherwise respond to TST's complaint by another 60 days, until August 6, 2023.

146311534.1

**SO STIPULATED AND AGREED:**

**FOX ROTHSCHILD LLP**

By:   /s/ *Mark. W. Fitzgerald*
        Mark W. Fitzgerald, Esquire
        980 Jolly Road, Suite 110
        Blue Bell, PA 19422-3001
        Telephone:  (610) 397-6500
        Fax:  (610) 397-0450
        mfitzgerald@foxrothschild.com
        *Counsel for Defendant*

        /s/ *Sara J. Rose*
        Sara J. Rose, Esquire
        ACLU of Pennsylvania
        P.O. Box 23058
        Pittsburgh, PA 15222
        Telephone:  (412) 681-7864
        srose@aclupa.org

Dated: May 31, 2023        *Counsel for Plaintiff*

**SO ORDERED.**

/s/ John M. Gallagher      06/05/2023
John M. Gallagher, J.

146311534.1