IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC., | : | |
| | : | CIVIL ACTION NO. 5:23-cv-01244 |
| Plaintiffs, | : | |
| v. | : | |
| SAUCON VALLEY SCHOOL DISTRICT, | : | |
| Defendant. | : | |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Subject the Court's approval, the Parties have conferred and have agreed to an extension of time for Defendant, the Saucon Valley School District ("District"), to answer or otherwise respond to Plaintiff, the Satanic Temple's ("TST"), complaint and state as follows:

1.  The TST's complaint was filed on March 30, 2023. (ECF No. 1).

2.  On April 11, 2023, Richard T. Ting, Esquire, counsel for TST, filed a waiver of the service of summons, signed by Mark F. Fitzgerald, Esquire, counsel for the District, which stated that the District would file and serve an answer or a motion under Rule 12 within 60 days from April 10, 2023, making the District's answer or motion in response to the complaint due no later than June 9, 2023. (ECF No. 25).

3.  On June 5, 2023, the Court kindly extended the deadline for the District to answer or otherwise respond to TST's complaint by another 60 days, until August 6, 2023, to give the Parties time to discuss a potential resolution of the case.

148121682.2

4. Since then, the Parties have been actively negotiating the details of a potential resolution of the case but require additional time to resolve all issues related to a potential resolution.

5. Accordingly, the Parties have agreed to extend the deadline for the District to answer or respond to the complaint by another thirty (30) days, until September 5, 2023.

**SO STIPULATED AND AGREED:**

          **FOX ROTHSCHILD LLP**

By: /s/ *Beth N. Shore*
Beth N. Shore, Esquire
980 Jolly Road, Suite 110
Blue Bell, PA 19422-3001
Telephone: (610) 397-6500
Fax: (610) 397-0450
bshore@foxrothschild.com
*Counsel for Defendant*

/s/ *Heather L. Weaver*
Heather L. Weaver (pro hac vice)
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
hweaver@aclu.org
*Counsel for Plaintiff*

August 3, 2023

**SO ORDERED.**

_____
John M. Gallagher, J.

148121682.2