IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SATANIC TEMPLE, INC., : | |
| : | CIVIL ACTION NO. 5:23-cv-01244 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| SAUCON VALLEY SCHOOL DISTRICT, : | |
| : | |
| Defendant. : | |

## STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Subject the Court's approval, the Parties have conferred and have agreed to an extension of time for Defendant, the Saucon Valley School District ("District"), to answer or otherwise respond to Plaintiff, the Satanic Temple's ("TST"), complaint and state as follows:

1. The TST's complaint was filed on March 30, 2023. (ECF No. 1).

2. On April 11, 2023, Richard T. Ting, Esquire, counsel for TST, filed a waiver of the service of summons, signed by Mark F. Fitzgerald, Esquire, counsel for the District, which stated that the District would file and serve an answer or a motion under Rule 12 within 60 days from April 10, 2023, making the District's answer or motion in response to the complaint due no later than June 9, 2023. (ECF No. 25).

3. On June 5, 2023, the Court kindly extended the deadline for the District to answer or otherwise respond to TST's complaint by another 60 days, until August 6, 2023, to give the Parties time to discuss a potential resolution of the case. (ECF 42).

4. On August 7, 2023, the Court kindly extended that deadline again until September 5, 2023, to give the Parties additional time to discuss a potential resolution of the case. (ECF 43).

149051523.2

5. The Parties have reached an agreement in principle as to all issues in the case but will require time to commit that agreement to writing and execute it including approval by the school board, as may be applicable under state law.

6. Accordingly, the Parties have agreed to extend the deadline for the District to answer or respond to the complaint by another forty-five (45) days, until October 20, 2023.

**SO STIPULATED AND AGREED:**

|  |  |
|---|---|
|  | **FOX ROTHSCHILD LLP** |
|  | By:   /s/ *Beth N. Shore*  |
|  | Beth N. Shore, Esquire |
|  | 980 Jolly Road, Suite 110 |
|  | Blue Bell, PA 19422-3001 |
|  | Telephone:  (610) 397-6500 |
|  | Fax:  (610) 397-0450 |
|  | bshore@foxrothschild.com |
|  | *Counsel for Defendant* |
|  |  |
|  | /s/ *Heather L. Weaver* |
|  | Heather L. Weaver (pro hac vice) |
|  | American Civil Liberties Union Foundation |
|  | 915 15th Street, NW |
|  | Washington, DC 20005 |
|  | Tel: (202) 675-2330 |
|  | hweaver@aclu.org |
| September 5, 2023 | *Counsel for Plaintiff* |

**SO ORDERED.**

/s/ John M. Gallagher     09/06/2023
John M. Gallagher, J.

149051523.2