IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| THE SATANIC TEMPLE, INC., | : | |
| | : | CIVIL ACTION NO. 5:23-cv-01244 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SAUCON VALLEY SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Subject the Court's approval, the Parties have conferred and have agreed to an extension of time for Defendant, the Saucon Valley School District ("District"), to answer or otherwise respond to Plaintiff, the Satanic Temple's ("TST"), complaint and state as follows:

1. The TST's complaint was filed on March 30, 2023. (ECF No. 1).

2. On April 11, 2023, Richard T. Ting, Esquire, counsel for TST, filed a waiver of the service of summons, signed by Mark F. Fitzgerald, Esquire, counsel for the District, which stated that the District would file and serve an answer or a motion under Rule 12 within 60 days from April 10, 2023, making the District's answer or motion in response to the complaint due no later than June 9, 2023. (ECF No. 25).

3. On June 5, 2023, the Court kindly extended the deadline for the District to answer or otherwise respond to TST's complaint by another 60 days, until August 6, 2023, to give the Parties time to discuss a potential resolution of the case. (ECF 42).

4. On August 7, 2023, the Court kindly extended that deadline again until September 5, 2023, to give the Parties additional time to discuss a potential resolution of the case. (ECF 43).

150699040.1

5.      On September 6, 2023, the Court kindly extended that deadline again until October 20, 2023, to give the Parties time to commit the Parties' agreement in principle to writing. (ECF 46)

6.      At this time, the Parties have a draft Consent Decree and are in the process of finalizing its terms.

7.      Accordingly, the Parties have agreed to extend the deadline for the District to answer or respond to the complaint by another twenty-one (21) days, until November 10, 2023. The Parties anticipate that the Consent Decree will be executed by that date.

**SO STIPULATED AND AGREED:**

                            **FOX ROTHSCHILD LLP**

By:     /s/ *Beth N. Shore*
Beth N. Shore, Esquire
980 Jolly Road, Suite 110
Blue Bell, PA 19422-3001
Telephone: (610) 397-6500
Fax: (610) 397-0450
bshore@foxrothschild.com
*Counsel for Defendant*

/s/ *Heather L. Weaver*
Heather L. Weaver (pro hac vice)
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
hweaver@aclu.org

October 20, 2023                                                     *Counsel for Plaintiff*

**IT IS SO ORDERED on this** 20th **day of October, 2023**
**BY THE COURT:**

/s/ John M. Gallagher

**JOHN M. GALLAGHER**
**United States District Court Judge**

150699040.1