UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SATANIC TEMPLE, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAUCON VALLEY SCHOOL DISTRICT,<br><br>Defendant. | Civil No.: 5:23-cv-01244<br><br>**ELECTRONICALLY FILED** |

## STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and consistent with a Settlement Agreement entered into by the parties, hereby enter into a STIPULATION OF DISMISSAL of all claims of PLAINTIFF THE SATANIC TEMPLE against the SAUCON VALLEY SCHOOL DISTRICT, in the above-captioned matter, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Stipulated and agreed to by:

*s/ Heather L. Weaver*
Heather L. Weaver (pro hac vice)
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
hweaver@aclu.org

*Counsel for Plaintiff*

*s/ Mark Fitzgerald*
Mark Fitzgerald
Fox Rothschild LLC
980 Jolly Road, Suite 110
Blue Bell, PA 19422-3001
Telephone: (610) 397-6500
mfitzgerald@foxrothschild.com

*Counsel for Defendant*

Dated: Nov. 16, 2023